| **United States Bankruptcy Court**<br>**Southern District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nutrition 21, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**Id: 11-2653613** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4 Manhattanville Road**<br>**Purchase, NY**<br><div align="right">ZIP Code<br>**10577**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as     business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Nutrition 21, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Nutrition 21, Inc.**

## Signatures

### Signature(s) of Debtor (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Michael Friedman** _____
Signature of Attorney for Debtor(s)

**Michael Friedman**
Printed Name of Attorney for Debtor(s)

**Richards Kibbe & Orbe LLP**
Firm Name

**One World Financial Center**
**New York, NY 10281**

_____
Address

**212.530.1800  Fax: 212.530.1801**
Telephone Number

**August 26, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Alan Kirschbaum** _____
Signature of Authorized Individual

**Alan Kirschbaum**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

**August 26, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Nutrition 21, Inc.**        ,    Case No. _____

                                      Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Heart's Content, Inc.**<br>**Southern Distrcit of New York** | **Subsidairy** | |
| **Iceland Health, LLC**<br>**Southern District of New York** | **Subsidiary** | |
| **Nutrition 21, LLC**<br>**Southern District of New York** | **Subsidiary** | |

In re   **Nutrition 21, Inc.**          Case No. _____

<div align="center">Debtor(s)</div>

<div align="center">

## FORM 1. VOLUNTARY PETITION
### Attachment A

</div>

<div align="center">

Bankruptcy Code section 1116 Disclosure

</div>

Due to their size, Bankruptcy Code section 1116(1)(A) disclosures will be filed separately with the Bankruptcy Court for the Southern District of New York.

<center>
Certificate of the Secretary

of

Nutrition 21, Inc.

Nutrition 21, LLC

Iceland Health, LLC

Heart's Content, Inc.
</center>

I, Benjamin T. Sporn, the Secretary of each of Nutrition 21, Inc., Nutrition 21, LLC, Iceland health, LLC and Heart's Content, Inc., hereby certify that the following Resolutions approving a Voluntary Petition for Relief Under the Bankruptcy Code was unanimously approved for each of Nutrition 21, Inc., Nutrition 21, LLC, Iceland Health, LLC and Heart's Content, Inc. by adoption of Resolutions at a Board meeting attended by all of the Directors Nutrition 21, Inc. on August 23, 2011 as set forth below:

### Nutrition 21, Inc. (the "Company")

IT IS HEREBY RESOLVED, that the Board of Directors has determined that it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a Chapter 11 Case; and be it further

RESOLVED that the following officers of the Company (each a Designated Officer): Michael A. Zeher - President and Chief Executive Office, Alan J. Kirschbaum — Chief Financial Officer, Vice President Finance and Treasury, and Benjamin T. Sporn — Vice President, General Counsel and Secretary, in each case acting singly or jointly, be, and they hereby are, authorized, empowered, and directed to execute and file in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, lists and other motions, papers or documents, and to take any and all management action necessary, appropriate, desirable or proper in connection with commencing a Chapter 11 Case, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business, including any actions necessary to retain any professionals deemed necessary by management (including, without limitation, Richards Kibbe & Orbe LLP, BDO Capital Advisors, LLC) to assist the Company in a Chapter 11 Case and in carrying out their duties under the provisions of the Bankruptcy Code.

### <u>Further Actions and Prior Actions</u>

NOW THEREFORE, BE IT RESOLVED, that the Designated Officers be, and each hereby is, authorized, directed and empowered, in the name of and on behalf of, the Company and under its corporate seal or otherwise, to prepare, execute and deliver and to file with appropriate organizations, or to cause to be prepared, executed, delivered and filed, all such agreements, documents, certificates, instruments and other papers and to do or cause to be done all such acts and things, as may be necessary, appropriate or desirable to effectuate the purpose and intent of the foregoing resolutions, including to make such changes to said documents as such individual may determine, upon the advice of counsel,

<center>1</center>

to be necessary, appropriate or desirable, such Designated Officer's execution and delivery thereof to be conclusive evidence of such Designated Officer's approval, and any such action taken by such Designated Officer prior to the date hereof is hereby ratified, confirmed and approved in all respects; and be it further

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate had been specifically authorized in advance by resolution of the Board of Directors and that the Designated Officer did execute the same. The actions taken by this consent shall have the same force and effect as if taken at a meeting of the Board of Directors duly called and constituted pursuant to the Bylaws of the Company and the laws of the State of New York.

## Subsidiary Actions

NOW THEREFORE, BE IT RESOLVED, that the Designated Officers be and hereby are authorized, directed and empowered in the name of, and on behalf of, the Company, to take all actions or to not take any action in the name of the Company with respect to the transactions contemplated by these resolutions hereunder as the sole shareholder, partner, member or managing member of each direct subsidiary of the Company, in each case, as such Designated Officer shall deem necessary or desirable in such Designated Officer's reasonable business judgment, including without limitation the authorization of resolutions and agreements as may be necessary or convenient to effectuate a chapter 11 case for each subsidiary.

### Nutrition 21, LLC (the "Company")

NOW THEREFORE, IT IS HEREBY RESOLVED, that the Sole Manager has determined that it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a Chapter 11 Case; and be it further

RESOLVED that the following officers of the Company (each a Designated Officer): Michael A. Zeher - President and Chief Executive Office, Alan J. Kirschbaum – Vice President and Chief Financial Officer, and Benjamin T. Sporn – Vice President, General Counsel and Secretary, in each case acting singly or jointly, be, and they hereby are, authorized, empowered, and directed to execute and file in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, lists and other motions, papers or documents, and to take any and all management action necessary, appropriate, desirable or proper in connection with commencing a Chapter 11 Case, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business, including any actions necessary to retain any professionals deemed necessary by management (including, without limitation, Richards Kibbe & Orbe LLP, BDO Capital Advisors, LLC) to assist the Company in a Chapter 11 Case and in carrying out their duties under the provisions of the Bankruptcy Code.

**Further Actions and Prior Actions**

NOW THEREFORE, BE IT RESOLVED, that the Designated Officers be, and each hereby is, authorized, directed and empowered, in the name of and on behalf of, the Company and under its corporate seal or otherwise, to prepare, execute and deliver and to file with appropriate organizations, or to cause to be prepared, executed, delivered and filed, all such agreements, documents, certificates, instruments and other papers and to do or cause to be done all such acts and things, as may be necessary, appropriate or desirable to effectuate the purpose and intent of the foregoing resolutions, including to make such changes to said documents as such individual may determine, upon the advice of counsel, to be necessary, appropriate or desirable, such Designated Officer's execution and delivery thereof to be conclusive evidence of such Designated Officer's approval, and any such action taken by such Designated Officer prior to the date hereof is hereby ratified, confirmed and approved in all respects; and be it further

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate had been specifically authorized in advance by resolution of the Sole Manager and that the Designated Officer did execute the same. The actions taken by this consent shall have the same force and effect as if taken at a meeting of the Sole Manager duly called and constituted pursuant to the Limited Liability Company Agreement of the Company and the laws of the State of New York.

## Iceland Health, LLC (the "Company")

NOW THEREFORE, IT IS HEREBY RESOLVED, that the Sole Manager has determined that it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a Chapter 11 Case; and be it further

RESOLVED that the following officers of the Company (each a Designated Officer): Michael A. Zeher - President and Chief Executive Office, Alan J. Kirschbaum – Vice President and Chief Financial Officer, and Benjamin T. Sporn – Vice President, General Counsel and Secretary, in each case acting singly or jointly, be, and they hereby are, authorized, empowered, and directed to execute and file in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, lists and other motions, papers or documents, and to take any and all management action necessary, appropriate, desirable or proper in connection with commencing a Chapter 11 Case, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business, including any actions necessary to retain any professionals deemed necessary by management (including, without limitation, Richards Kibbe & Orbe LLP, BDO Capital Advisors, LLC) to assist the Company in a Chapter 11 Case and in carrying out their duties under the provisions of the Bankruptcy Code.

**Further Actions and Prior Actions**

NOW THEREFORE, BE IT RESOLVED, that the Designated Officers be, and each hereby is, authorized, directed and empowered, in the name of and on behalf of, the Company and under its corporate seal or otherwise, to prepare, execute and deliver and to file with appropriate organizations, or to cause to be prepared, executed, delivered and filed, all such agreements, documents, certificates, instruments and other papers and to do or cause to be done all such acts and things, as may be necessary, appropriate or desirable to effectuate the purpose and intent of the foregoing resolutions, including to make such changes to said documents as such individual may determine, upon the advice of counsel, to be necessary, appropriate or desirable, such Designated Officer's execution and delivery thereof to be conclusive evidence of such Designated Officer's approval, and any such action taken by such Designated Officer prior to the date hereof is hereby ratified, confirmed and approved in all respects; and be it further

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate had been specifically authorized in advance by resolution of the Sole Manager and that the Designated Officer did execute the same. The actions taken by this consent shall have the same force and effect as if taken at a meeting of the Sole Manager duly called and constituted pursuant to the Limited Liability Company Agreement of the Company and the laws of the State of New York.

### Heart's Content, Inc. (the "Company")

NOW THEREFORE, IT IS HEREBY RESOLVED, that the Board of Directors has determined that it is desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file or cause to be filed a Chapter 11 Case; and be it further

RESOLVED that the following officers of the Company (each a Designated Officer): Michael A. Zeher - President and Chief Executive Office, Alan J. Kirschbaum – Vice President and Chief Financial Officer, and Benjamin T. Sporn – Vice President, General Counsel and Secretary, in each case acting singly or jointly, be, and they hereby are, authorized, empowered, and directed to execute and file in the name and on behalf of the Company, and under its corporate seal or otherwise, all petitions, schedules, lists and other motions, papers or documents, and to take any and all management action necessary, appropriate, desirable or proper in connection with commencing a Chapter 11 Case, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business, including any actions necessary to retain any professionals deemed necessary by management (including, without limitation, Richards Kibbe & Orbe LLP, BDO Capital Advisors, LLC) to assist the Company in a Chapter 11 Case and in carrying out their duties under the provisions of the Bankruptcy Code.

**Further Actions and Prior Actions**

NOW THEREFORE, BE IT RESOLVED, that the Designated Officers be, and each hereby is, authorized, directed and empowered, in the name of and on behalf of, the Company and under its corporate seal or otherwise, to prepare, execute and deliver and to file with appropriate organizations, or to cause to be prepared, executed, delivered and filed, all such agreements, documents, certificates, instruments and other papers and to do or cause to be done all such acts and things, as may be necessary, appropriate or desirable to effectuate the purpose and intent of the foregoing resolutions, including to make such changes to said documents as such individual may determine, upon the advice of counsel, to be necessary, appropriate or desirable, such Designated Officer's execution and delivery thereof to be conclusive evidence of such Designated Officer's approval, and any such action taken by such Designated Officer prior to the date hereof is hereby ratified, confirmed and approved in all respects; and be it further

RESOLVED, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate had been specifically authorized in advance by resolution of the Board of Directors and that the Designated Officer did execute the same. The actions taken by this consent shall have the same force and effect as if taken at a meeting of the Board of Directors duly called and constituted pursuant to the Bylaws of the Company and the laws of the State of New York.

In witness whereof, the undersigned has signed this Certificate as of August 23, 2011.

Benjamin T. Sporn
Secretary of Nutrition 21, Inc.
Secretary of Nutrition 21, LLC
Secretary of Iceland Health, LLC
Secretary of Heart's Content, Inc.

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Southern District of New York

In re    **Nutrition 21, Inc.**      Case No. _____

Debtor(s)      Chapter    **11**

# EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is __ **0000744962** .

2. The following financial data is the latest available information and refers to the debtor's condition on __ **06/30/2011** .

a. Total assets      $      **3,462,000.00**

b. Total debts (including debts listed in 2.c., below)      $      **567,000.00**

c. Debt securities held by more than 500 holders:      Approximate number of holders:

| | | | | | | |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | **0.00** | | **0** |

d. Number of shares of preferred stock      **17,750,000**      **12**

e. Number of shares common stock      **192,936,779**      **379**

Comments, if any:

3. Brief description of Debtor's business:
**Nutritional bioscience company**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
**Pharmachem Laboratories, Inc.**
**Midsummer Investment Ltd.**

# United States Bankruptcy Court

## Southern District of New York

In re **Nutrition 21, Inc.**

Debtor(s)

Case No.

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Alpha Jallow**<br>**14 S. Meadow Drive**<br>**Danbury, CT 06811** | **Alpha Jallow**<br>**14 S. Meadow Drive**<br>**Danbury, CT 06811** | **Employee wages and benefits** | **Contingent Unliquidated** | **44,923.00** |
| **Cassie Tillman-Randall**<br>**531 Upper Avenue**<br>**Newburgh, NY 12550** | **Cassie Tillman-Randall**<br>**531 Upper Avenue**<br>**Newburgh, NY 12550** | **Employee wages and benefits** | **Contingent Unliquidated** | **20,408.00** |
| **David Pagura**<br>**233 Woodland Avenue**<br>**Yonkers, NY 10703** | **David Pagura**<br>**233 Woodland Avenue**<br>**Yonkers, NY 10703** | **Employee wages and benefits** | **Contingent Unliquidated** | **34,892.00** |
| **Gail Kraljevic**<br>**76 Mt. Holly Rd**<br>**Katonah, NY 10536** | **Gail Kraljevic**<br>**76 Mt. Holly Rd**<br>**Katonah, NY 10536** | **Employee wages and benefits** | **Contingent Unliquidated** | **19,286.00** |
| **James Komorowski**<br>**83 Bunker Hill Drive**<br>**Trumbull, CT 06611** | **Jim Komorowski**<br>**83 Bunker Hill Drive**<br>**Trumbull, CT 06611** | **Employee wages and benefits** | **Contingent Unliquidated** | **98,245.00** |
| **Joanne Goldstein**<br>**8 Leisure Farm Drive**<br>**Armonk, NY 10504** | **Joanne Goldstein**<br>**8 Leisure Farm Drive**<br>**Armonk, NY 10504** | **Employee wages and benefits** | **Contingent Unliquidated** | **3,150.00** |
| **Kate Wallour**<br>**754 Bronx River Road**<br>**Apt B23**<br>**Bronxville, NY 10708** | **Kate Wallour**<br>**754 Bronx River Road**<br>**Apt B23**<br>**Bronxville, NY 10708** | **Employee wages and benefits** | **Contingent Unliquidated** | **8,562.00** |
| **Nutrition 21, LLC**<br>**4 Manhattanville Road**<br>**Purchase, NY 10577** | **Nutrition 21, LLC**<br>**4 Manhattanville Road**<br>**Purchase, NY 10577** | **Intercompany receivable** | | **110,630,797.00** |
| **Steven Sundell**<br>**12 Winter Ridge Road**<br>**Newtown, CT 06470** | **Steven Sundell**<br>**12 Winter Ridge Road**<br>**Newtown, CT 06470** | **Employee wages and benefits** | **Contingent Unliquidated** | **58,295.00** |
| **Ultimate Formulations Inc**<br>**dba Best Formulations** | **Ultimate Formulations Inc**<br>**dba Best Formulations** | **Legal dispute** | **Contingent Unliquidated Disputed** | **126,184.12** |
| **US Customs and Borders Protect**<br>**6550 Telecome Drive**<br>**Indianapolis, IN 46278** | **US Customs and Borders Protect**<br>**6550 Telecome Drive**<br>**Indianapolis, IN 46278** | **Legal dispute** | **Contingent Unliquidated Disputed** | **30,949.29** |

In re   **Nutrition 21, Inc.**                                                   Case No.                            

                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Walgreen Co. Inc.**<br>**200 Wilmont Road**<br>**Deerfield, IL 60015** | **Walgreen Co. Inc.**<br>**200 Wilmont Road**<br>**Deerfield, IL 60015** | **Legal dispute** | **Contingent**<br>**Unliquidated**<br>**Disputed** | **1,600,000.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **August 26, 2011**                     Signature   **/s/ Alan Kirschbaum**
                                                          **Alan Kirschbaum**
                                                          **Chief Financial Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court

## Southern District of New York

In re    **Nutrition 21, Inc.**                            ,      Case No. _____

Debtor

Chapter            **11**       

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 5 | 7,225,234.20 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 457,346.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 112,387,930.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| | Total Assets | | 7,225,234.20 | | |
| | Total Liabilities | | | 112,845,276.41 | |

# United States Bankruptcy Court
## Southern District of New York

In re    **Nutrition 21, Inc.**                                 ,       Case No. _____

                                               Debtor

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **Nutrition 21, Inc.**                                       ,      Case No. _____

                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |
| | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

In re     **Nutrition 21, Inc.**                                ,    Case No. _____

                                            **Debtor**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Money Market Account- Capital One Bank - $503,358.30**<br>**Operating Account - Capital One Bank - $959,203.90** | - | 1,462,562.20 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **PMA Elite Commercial Package, Pennsylvania Manufacturers Indemnity Company**<br><br>**(de minimis)** | - | 0.00 |
| | | **Commercial Umbrella Liability, Zurich American Guarantee & Liability Insurance Company**<br><br>**(de minimis)** | - | 0.00 |

                                                      Sub-Total >      **1,462,562.20**
                                                 (Total of this page)

\_\_3\_\_   continuation sheets attached to the Schedule of Personal Property

In re    **Nutrition 21, Inc.**                                        ,     Case No. _____

                                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Products - Work Hazard Liability, CNA | - | 0.00 |
| | | (de minimis) | | |
| | | Commercial Crime, National Union Fire Insurance | - | 0.00 |
| | | (de minimis) | | |
| | | Employment Practices Liability, Markel American Insurance Company | - | 0.00 |
| | | (de minimis) | | |
| | | Directors & Officers and Corporate Liability, Carolina Casualty Insurance Company | - | 0.00 |
| | | (de minimis) | | |
| | | Excess Directors & Officers Liability, RSUI Indemnity Company | - | 0.00 |
| | | (de minimis) | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Iceland Health, LLC | - | 0.00 |
| | | Nutrition 21, LLC | - | 2,798,730.00 |
| | | Heart's Content, Inc. | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

                                                     Sub-Total >     **2,798,730.00**
                                                 (Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re      **Nutrition 21, Inc.**
_____,      Case No. _____
                                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Counterclaim against Walgreens, Inc. (breach of contract)** **Cross-claims and claims against Natures Products, Inc.  (breach of contract)** | - | 2,300,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Miscellaneous Patents (see attached)** | - | 613,255.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Exclusive license by Probiohealth, LLC for use of patents for probiotics currently designated KE-01 and KE-99.** | - | 0.00 |
| | | **Exclusive license by McLeod Discoveries, LLC for use of  U.S. Patents 5,972,390 and 6,034,125.** | - | 0.00 |
| | | **Co-exclusive license by U.S. Department of Agriculture for use of U.S. Patent 6,689,383.** | - | 0.00 |
| | | **Non-exclusive license by Provita Development ApS for use of U.S. Patent 7,166,640.** | - | 0.00 |

Sub-Total >      **2,913,255.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

In re     **Nutrition 21, Inc.**                            ,     Case No. _____

                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous office furniture - 4 Manhattanville Road, Purchase, NY 10577** | - | 44,075.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Cardia Salt - 4 Manhattanville Road, Purchase, NY 10577** | - | 6,612.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 50,687.00 |
| (Total of this page) | |
| Total > | 7,225,234.20 |

Sheet   __3__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

## SCHEDULE B - PERSONAL PROPERTY
### Attachment A

| Title of Invention: | Country: | Status: | Application No. | Patent No: |
|---|---|---|---|---|
| ARGININE SILICATE COMPLEX | US | Issued | 08/799784 | 5707970 |
| ARGININE SILICATE INOSITOL | US | Issued | 09/367267 | 6156735 |
| ARGININE SILICATE-INOSITOL | US | Issued | 09/730895 | 6344444 |
| ARGININE SILICATE INOSITOL | EP | Issued | 98905010.9 | 1007896 |
| ARGININE SILICATE INOSITOL | US | Issued | 11/146620 | 7,576,132 |
| CHROMIUM-HISTIDINE | US | Issued | 09/414645 | 6689383 |
| CHROMIUM-HISTIDINE | AU | Issued | 79990/00 | |
| CHROMIUM-HISTIDINE | EP | Issued | 20000970641 | |
| CHROMIUM NICOTINATE | US | Issued | 09/143256 | 5905075 |
| ENTERIC- COATED CHROMIUM | US | Issued | 09/229463 | 6100250 |
| CHROMIUM POLYNICOTINATE | US | Issued | 09/291560 | 5980905 |
| CHROMIUM PICOLINATE | US | Issued | 09/480468 | 6251888 |
| CHROMIUM POLYNICOTINATE | US | Issued | 09/480473 | 6100251 |
| CHROMIUM POLYNICOTINATE | US | Issued | 09/634664 | 6323192 |
| CHROMIUM PICOLINATE | US | Issued | 09/144026 | 5948772 |
| ENTERIC- COATED CHROMIUM | US | Issued | 09/228701 | 6093711 |
| CHROMIUM PICOLINATE | US | Issued | 09/291561 | 6143301 |
| CHROMIUM PICOLINATE | FR | Issued | 9814190 | 9814190 |
| CHROMIUM PICOLINATE | US | Issued | 09/480472 | 6136317 |
| CHROMIUM PICOLINATE | US | Issued | 09/696474 | 6251889 |
| CHROMIUM PICOLINATE | US | Issued | 09/849864 | 6471998 |
| CHROMIUM PICOLINATE | US | Issued | 09/849865 | 6432942 |
| CHROMIUM PICOLINATE | US | Issued | 10/207748 | 6713469 |
| HIGH DOSE CHROMIC | US | Issued | 08/440362 | 6329361 |
| HIGH DOSE CHROMIC | EP | Issued | 96915595.1 | 825861 |
| HIGH DOSE CHROMIC | JP | Issued | 534219 | 3699124 |
| METHOD FOR PROMOTING | US | Issued | 08/908820 | 5914326 |
| HIGH DOSE CHROMIUM/BIOTIN | US | Issued | 08/908819 | 5789401 |
| CHROMIUM/BIOTIN TREATMENT | AU | Issued | 87651/98 | 751431 |
| CHROMIUM/BIOTIN TREATMENT | CA | Issued | 2297834 | 2297834 |
| CHROMIUM/BIOTIN TREATMENT | CZ | Issued | PV2000-324 | 298680 |
| CHROMIUM/BIOTIN TREATMENT | DE | Issued | 98939167 | 1001793 |
| CHROMIUM/BIOTIN TREATMENT | EP | Issued | 98939167 | 1001793 |
| CHROMIUM/BIOTIN TREATMENT | ES | Issued | 98939167 | 1001793 |
| CHROMIUM/BIOTIN TREATMENT | FR | Issued | 98939167 | 1001793 |
| CHROMIUM/BIOTIN TREATMENT | GB | Issued | 98939167 | 1001793 |
| CHROMIUM/BIOTIN TREATMENT | IE | Issued | 98939167 | 1001793 |
| USE OF CHROMIUM IN | IL | Issued | 134163 | 134163 |
| CHROMIUM/BIOTIN TREATMENT | IT | Issued | 98939167 | 1001793 |
| CHROMIUM/BIOTIN TREATMENT | MX | Issued | PA/a/2000/0012 | 217267 |
| CHROMIUM/BIOTIN TREATMENT | AU | Issued | 2002302012 | 2002302012 |
| CHROMIUM/BIOTIN TREATMENT | US | Issued | 09/912472 | REI39480 |
| CHROMIUM/BIOTIN TREATMENT | EP | Issued | 2721275.2 | 1397148 |
| METHOD OF TREATING | US | Issued | 09/025981 | 5898036 |
| METHOD OF TREATING | US | Issued | 09/025944 | 5972390 |
| METHOD OF TREATING | US | Issued | 09/025899 | 6034125 |
| METHOD OF TREATING PRE- | US | Issued | 901841 | 5877171 |
| METHODS AND COMPOSITIONS | US | Issued | 09/957876 | 6809115 |
| CHROMIUM CONTAINING | DE | Issued | 1975262.5 | 1357977 |
| CHROMIUM CONTAINING | EP | Issued | 1975262.5 | 1357977 |
| CHROMIUM CONTAINING | ES | Issued | 1975262.5 | 1357977 |
| CHROMIUM CONTAINING | FR | Issued | 1975262.5 | 1357977 |
| CHROMIUM CONTAINING | GB | Issued | 1975262.5 | 1357977 |
| CHROMIUM CONTAINING | IT | Issued | 1975262.5 | 1357977 |
| CALCIUM TAURATE AND USES | US | Issued | 09/121019 | 6099869 |
| CALCIUM TAURATE AS A | US | Issued | 09/459164 | 6203823 |
| MAGNESIUM TAURATE AND | US | Issued | 08/423891 | 5582839 |
| MAGNESIUM TAURATE FOR | US | Issued | 08/554153 | 5776504 |
| MAGNESIUM TAURATE AS AN | US | Issued | 08/554151 | 5776498 |
| PHARMACEUTICAL | US | Issued | 08/943370 | 5876757 |
| ARGININE SILICATE INOSITOL | JP | Pending | 534966/98 | |
| ARGININE SILICATE INOSITOL | CA | Pending | 2494155 | |
| ARGININE SILICATE INOSITOL | EP | Pending | 3793307.4 | |
| ARGININE SILICATE INOSITOL | JP | Pending | 2004-529869 | |
| ARGININE SILICATE INOSITOL | MX | Pending | PA/a/2005/0019 | |
| USE OF CHROMIUM HISTIDINATE | WO | Pending | PCT/US2008/05 | |
| CHROMIUM-HISTIDINE | CA | Pending | 2386790 | |
| CHROMIUM-HISTIDINE | JP | Pending | 20011530341 | |
| CHROMIUM-HISTIDINE | WO | Pending | | |
| HIGH DOSE CHROMIC | AR | Pending | P960102526 | |
| METHOD FOR PROMOTING | CA | Pending | 2340629 | |
| CHROMIUM/BIOTIN TREATMENT | BR | Pending | PI9811137-0 | |
| CHROMIUM/BIOTIN TREATMENT | CN | Pending | 988079618 | |
| CHROMIUM/BIOTIN TREATMENT | JP | Pending | 2000-506977 | |
| CHROMIUM/BIOTIN TREATMENT | KR | Pending | 2000-7001109 | |
| CHROMIUM/BIOTIN TREATMENT | EP | Pending | 5076358 | |
| CHROMIUM/BIOTIN TREATMENT | IL | Pending | 180906 | |
| CHROMIUM/BIOTIN TREATMENT | RU | Pending | 2000106035 | |
| CHROMIUM/BIOTIN TREATMENT | US | Pending | 10/090038 | |
| CHROMIUM/BIOTIN TREATMENT | US | Pending | 11/136794 | |
| USE AND COMPOSITION OF | CN | Pending | 02806867.X | |
| METHODS AND COMPOSITIONS | US | Pending | 12/340257 | |
| METHODS AND COMPOSITIONS | WO | Pending | PCT/US2008/05 | |
| CHROMIUM COMPOSITIONS AND | US | Pending | 10/509487 | |
| CHROMIUM COMPOSITIONS AND | EP | Pending | 37472768 | |
| CHROMIUM COMPOSITIONS AND | JP | Pending | 2003-587310 | |
| CHROMIUM COMPOSITIONS AND | MX | Pending | PA/a/2004/0103 | |
| CHROMIUM COMPLEXES FOR | US | Pending | PCT/2008/06907 | |
| CHROMIUM COMPLEXES AS | | Pending | | |
| CHROMIUM INSULIN | | Pending | | |
| METHODS FOR THE TREATMENT | US | Pending | 10/319328 | |
| METHODS FOR THE TREATMENT | US | Pending | 11/435120 | |
| METHODS FOR THE TREATMENT | US | Pending | 11/435125 | |
| CHROMIUM CONTAINING | CN | Pending | 1818934.2 | |
| CHROMIUM CONTAINING | JP | Pending | 2002-528216 | |
| MULTIPLE UNIT DOSAGE FORM | US | Pending | PCT/US2008/06 | |
| SELENIUM TREATMENT FOR HIV | | Pending | 12/520267 | |

In re __Nutrition 21, Inc.__ , Case No. _____
                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | |
| | | | | | Total (Report on Summary of Schedules) | | 0.00 | 0.00 |

In re    **Nutrition 21, Inc.**                                                                  ,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<div align="center">_3_    continuation sheets attached</div>

In re **Nutrition 21, Inc.** , Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Alan J. Kirschbaum<br>84 Stonewall Court<br>Yorktown Heights, NY 10598 | - | | Within 180 Days of filing<br><br>Employee wages, benefits and contributions to benefits plans | X | X | | 88,629.00 | 76,904.00 | 11,725.00 |
| Account No.<br><br>Alpha Jallow<br>14 S. Meadow Drive<br>Danbury, CT 06811 | - | | Within 180 Days of filing<br><br>Employee wages, benefits and contributions to benefits plans | X | X | | 44,923.00 | 33,198.00 | 11,725.00 |
| Account No.<br><br>Benjamin Sporn<br>49 Lismore Road<br>Lawrence, NY 11559 | - | | Within 180 Days of filing<br><br>Amounts due under consulting agreement | X | X | | 69,231.00 | 57,506.00 | 11,725.00 |
| Account No.<br><br>Cassie Tillman-Randall<br>531 Upper Avenue<br>Newburgh, NY 12550 | - | | Within 180 Days of filing<br><br>Employee wages, benefits and contributions to benefits plans | X | X | | 20,408.00 | 8,683.00 | 11,725.00 |
| Account No.<br><br>Gail Kraljevic<br>76 Mt. Holly Rd<br>Katonah, NY 10536 | - | | Within 180 Days of filing<br><br>Employee wages, benefits and contributions to benefits plans | X | X | | 19,286.00 | 7,561.00 | 11,725.00 |

Sheet __1__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 183,852.00 |
| 242,477.00 | 58,625.00 |

In re **Nutrition 21, Inc.** , Case No. _____

_____ Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community — H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Within 180 Days of filing | | | | | | |
| James Komorowski 83 Bunker Hill Drive Trumbull, CT 06611 | - | | Employee wages, benefits and contributions to benefits plans | X | X | | | 86,520.00 | |
| | | | | | | | 98,245.00 | | 11,725.00 |
| Account No. | | | Employee wages and benefits | | | | | | |
| Joanne Goldstein 8 Leisure Farm Drive Armonk, NY 10504 | - | | | X | X | | | 3,150.00 | |
| | | | | | | | 3,150.00 | | 0.00 |
| Account No. | | | Within 180 Days of filing | | | | | | |
| Kate Wallour 754 Bronx River Road Apt B23 Bronxville, NY 10708 | - | | Employee wages, benefits and contributions to benefits plans | X | X | | | 0.00 | |
| | | | | | | | 8,562.00 | | 8,562.00 |
| Account No. | | | Within 180 Days of filing | | | | | | |
| Mike Zeher P.O Box 358 Croton on Hudson, NY 10520 | - | | Employee wages, benefits and contributions to benefits plans | X | X | | | 0.00 | |
| | | | | | | | 11,725.00 | | 11,725.00 |
| Account No. | | | Within 180 Days of filing | | | | | | |
| Steven Sundell 12 Winter Ridge Road Newtown, CT 06470 | - | | Employee wages, benefits and contributions to benefits plans | X | X | | | 46,570.00 | |
| | | | | | | | 58,295.00 | | 11,725.00 |

Sheet __2__ of __3__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 136,240.00 |
|---|---|---|
| | 179,977.00 | 43,737.00 |

In re    **Nutrition 21, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  **David Pagura 233 Woodland Avenue Yonkers, NY 10703** | - | | **Within 180 Days of filing**  **Employee wages, benefits and contributions to benefits plans** | X | X | | 34,892.00 | 23,167.00 | 11,725.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 34,892.00 | 23,167.00 / 11,725.00 |
| Total (Report on Summary of Schedules) | 457,346.00 | 343,259.00 / 114,087.00 |

In re    **Nutrition 21, Inc.**                                    ,        Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**AT&T**<br>**PO Box 5019**<br>**Carol Stream, IL 60197-5019** | - | | | X | X | | 0.00 |
| Account No. <br><br>**Nutrition 21, LLC**<br>**4 Manhattanville Road**<br>**Purchase, NY 10577** | - | | Intercompany receivable | | | | 110,630,797.00 |
| Account No. <br><br>**Ultimate Formulations Inc**<br>**dba Best Formulations** | - | | Legal dispute | X | X | X | 126,184.12 |
| Account No. <br><br>**US Customs and Borders Protect**<br>**6550 Telecome Drive**<br>**Indianapolis, IN 46278** | - | | Legal dispute | X | X | X | 30,949.29 |

  __1__   continuation sheets attached                    Subtotal      |  **110,787,930.41**
                                               (Total of this page)

In re    **Nutrition 21, Inc.**                                                        ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Verizon** **PO Box 15124** **Albany, NY 12212** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Verizon Wireless** **PO Box 408** **Newark, NJ 07101-0408** | - | | | | X | X | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Legal dispute | | | | |
| **Walgreen Co. Inc.** **200 Wilmont Road** **Deerfield, IL 60015** | - | | | | X | X | X | |
| | | | | | | | | 1,600,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **1,600,000.00**

Total (Report on Summary of Schedules)    **112,387,930.41**

In re   **Nutrition 21, Inc.** _____ ,   Case No. _____
_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **BDO Capital Advisors, LLC**<br>**100 Park Avenue-10th Floor**<br>**New York, NY 10017** | **Investment banking and financial advisory agreement** |
| **Grace Procurements, LLC**<br>**2401 Mellon Ct., Ste. C**<br>**Decatur, GA 30035** | **License and supply agreement** |
| **Gwen Kent**<br>**13  S. June Terrace**<br>**Lake Forest, IL 60045** | **Marketing and sales consulting services agreement** |
| **HP Care Pack Services**<br>**C/O CDW**<br>**P.O. Box 75723**<br>**Chicago, IL 60675** | **Server maintenance agreements** |
| **IKON Office Solutions, Inc.**<br>**3920 Arkwright Road**<br>**Macon, GA 31210** | **Copier maintenance agreements** |
| **Marketing Maven PR**<br>**2390 C Las Posas Road, #479**<br>**Camarillo, CA 93010** | **Consulting agreements** |
| **McLeod Discoveries, LLC**<br>**210 Village Gate Drive**<br>**Chapel Hill, NC 27514** | **License Agreement** |
| **Michael A. Zeher**<br>**PO Box 358**<br>**Croton on Hudson, NY 10520** | **Employment Agreement** |
| **Nature's Products, Inc**<br>**1301 Sawgrass Corporate Parkway**<br>**Fort Lauderdale, FL 33323** | **Supply agreement and patent license agreement** |
| **OCC Purchase, LLC**<br>**4 Manhattanville Road**<br>**Purchase, NY 10577** | **Office Lease** |
| **Probioferm, LLC**<br>**10215 Dennis Drive**<br>**Urbandale, IA 50322** | **Supply agreement** |

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                                          Best Case Bankruptcy

In re __**Nutrition 21, Inc.**_____,    Case No. _____

<div align="center">Debtor</div>

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
<div align="center">(Continuation Sheet)</div>

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Probiohealth, LLC**<br>**9595 Wilshire Blvd, Suite 810**<br>**Beverly Hills, CA 90212** | **License agreement** |
| **Provita Development ApS**<br>**Korskildeeng 4**<br>**DK-2670 Greve**<br>**Denmark** | **Exclusive Distribution and Supply License Agreement** |
| **Ridge Systems, LLC**<br>**865 Grant Avenue**<br>**Maywood, NJ 07607** | **Computer consulting services agreement** |
| **US Government**<br>**5601 Sunnyside Avenue, 4-1159**<br>**Beltsville, MD 20705** | **License Agreement** |
| **Useful Products, Inc.**<br>**429 West Jasper**<br>**PO Box 377**<br>**Goodland, IN 47948** | **Warehousing and Shipping agreement** |
| **Vertellus Health & Specialty**<br>**201 N. Illinois St, Ste 1800**<br>**Indianapolis, IN 46204** | **Supply agreement** |
| **Wells Fargo Financial Leasing**<br>**800 Walnut Street**<br>**New York, NY 10017** | **Copier lease agreement** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     **Nutrition 21, Inc.**                                      ,     Case No. _____

                                           Debtor

# SCHEDULE H - CODEBTORS

      Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**
_____ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court

## Southern District of New York

In re    **Nutrition 21, Inc.**                       Case No.

                                      Debtor(s)      Chapter     **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **18**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **August 26, 2011**                    Signature    **/s/ Alan Kirschbaum**

                                                     **Alan Kirschbaum**

                                                     **Chief Financial Officer**

*Penalty for making a false statement or concealing property:*   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **Nutrition 21, Inc.**                              Case No. _____

                                        Debtor(s)          Chapter     **11** _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-11,305,229.00 | **Fiscal Year Ending 6/30/10 - Financial Audit Records** |
| $-6,961,346.00 | **Fiscal Year Ending 6/30/2011 - Financial Audit Records** |
| $-771,719.00 | **From 7/1/2011 to 8/2011** |

---

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                            SOURCE

### 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **American Express**<br>**P.O. Box 360001**<br>**Fort Lauderdale, FL 33336** | **5/20/2011 - $9,105.73**<br>**6/27/2011 - $14,656.31**<br>**7/19/2011 - $8,899.75** | **$32,661.79** | **$0.00** |
| **AT&T**<br>**P.O. Box 5019**<br>**Carol Stream, IL 60197** | **6/6/2011 - $6,514.53**<br>**7/11/2011 -$6,537.00** | **$1,305.51** | **$0.00** |
| **Authentix**<br>**4355 Excel Parkway, Suite 100**<br>**Addison, TX 75001** | **6/6/2011 $10,000.00**<br>**7/11/2011 $10,000.00** | **$20,000.00** | **$0.00** |
| **Casimir Jones**<br>**2275 Deming Way**<br>**Suite 210**<br>**Middleton, WI** | **6/20/2011** | **$5,922.00** | **$0.00** |
| **Coalescence**<br>**5 Highview Drive**<br>**Wayne, PA 19087** | **7/11/2011- $7300.00** | **$7,300.00** | **$0.00** |
| **Computer Patent Annulties**<br>**2398 Mill Road**<br>**12th Floor**<br>**Alexandria, VA 22314** | **8/1/2011** | **$11,507.96** | **$0.00** |
| **Ford Marrin Esposito Witmeyer**<br>**Wall Street Plaza**<br>**New York, NY 10005** | **8/1/2011** | **$23,260.50** | **$0.00** |
| **John Gutfreund**<br>**834 Fifth Avenue**<br>**7/8a**<br>**New York, NY 10021** | **7/11/2011** | **$7,800.00** | **$0.00** |
| **Heller, Rorowitz & Feit**<br>**292 Madison Avenue**<br>**New York, NY 10017** | **7/5/2011** | **$10,000.00** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                             Best Case Bankruptcy

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| J.H. Cohn LLP<br>4 Becker Farm Road<br>Roseland, NJ 07068 | 6/20/2011 $6,079.79<br>8/8/2011 $31,000.00 | $37,079.79 | $0.00 |
| Gwen Kent<br>13 June Terrace<br>Lake Forest, IL 60045 | 8/20/201 $6500.00<br>8/1/2011  $7,165.40 | $13,665.40 | $0.00 |
| Peter Mann<br>111 Barrow Street<br>New York, NY 10014 | 7/11/2011 | $6,250.00 | $0.00 |
| McLead Discoveries LLC<br>PO Box 1668<br>363 Saven Springs Lane<br>Blowing Rock, NC 28605 | 5/24/2011 | $5,674.36 | $0.00 |
| Oxford Health Plans<br>PO Box 1697<br>Newark, NJ 07101 | 5/20/2011 - $16,572.12<br>7/5/2011 - $16,572.12<br>8/1/2011 - $16,572.12 | $33,144.24 | $0.00 |
| Pennington Biomedical<br>6400 Perkins Road<br>Baton Rouge, LA 70808 | 6/2/2011 - $20,096.00<br>6/27/2011 - $20,096.00 | $40,192.00 | $0.00 |
| Pipitone Group<br>3933 Perrysville Avenue<br>Pittsburgh, PA 15214 | 7/11/2011 | $13,750.00 | $0.00 |
| OCC Purchase, LLC<br>General Post Office<br>PO Box 30296<br>New York, NY 10087 | 6/6/2011 - $14,855.43<br>7/5/2011 - $13,663.17<br>8/1/2011 - $14,738.20 | $43,256.80 | $0.00 |
| Richards Kibbe & Orbe LLP<br>One World Financial Center<br>New York, NY 10281 | 6/2/2011 - $20,965.00<br>7/5/2011 - $19,615.00<br>7/28/2011 - $10,880.00 | $51,460.00 | $0.00 |
| Benjamin Sporn<br>49 Lismore Road<br>Lawrence, NY 11559 | 6/14/2011- $6,500.00<br>7/5/2011 - $6,500.00<br>7/11/2011 - $6,500.00<br>7/18/2011 - $6,500.00<br>8/1/2011 - $6,500.00 | $32,500.00 | $0.00 |
| United States Treasury<br>US Department of Justice<br>1100 L Street NW Room 11116<br>Washington, DC 20005 | 8/14/2011 | $11,250.00 | $0.00 |
| University of Arizona<br>1133 East James E Rogers Way<br>Tucson, AZ 85721 | 7/5/2011 | $15,000.00 | $0.00 |

None ☐   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Alan Kirschbaum<br>4 Manhattanville Road<br>Purchase, NY 10577<br>  CFO | Bi-weekly payroll, last year | $186,000.00 | $0.00 |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Mike Zeher**<br>**4 Manhattanville Road**<br>**Purchase, NY 10577**<br>**CEO** | **Bi-weekly payroll, last year** | **$329,875.00** | **$0.00** |
| **Benjamin Sporn**<br>**4 Manhattanville Road**<br>**Purchase, NY 10577** | **semi-monthly billing, last year** | **$156,000.00** | **$0.00** |
| **George Benson**<br>**College of Charleston**<br>**66 George Street**<br>**Charleston, SC 29424** | **9/20/2010 - $1,533.64**<br>**10/25/2010 - $4,300.00**<br>**11/23/2011 -$1,093.40**<br>**11/18/2011 -$5,050.00** | **$11,977.04** | **$0.00** |
| **Warren Cooper**<br>**5 Highway Drive**<br>**Wayne, PA 19087** | **9/20/2011 -$561.16**<br>**10/25/2010 -$4,300.00**<br>**11/23/2010 -$370.92**<br>**1/18/2011 - $5,050.00**<br>**4/7/2011 -$400.83**<br>**5/16/2011 - $5,800.00**<br>**6/6/2011 -$596.58**<br>**7/1/2011 -7,300.00** | **$24,379.49** | **$0.00** |
| **John Gutfreund**<br>**500 Park Avenue**<br>**FL6**<br>**New York, NY 10022** | **10/25/2010 - $5,550.00**<br>**1/18/2011 -$5,550.00**<br>**5/16/2011 -$6,750.00**<br>**7/11/2011 -$7,800.00**<br>**10/21/2010 -$212.32**<br>**1/18/2011 -$108.84**<br>**5/10/2011 -$91.29** | **$26,062.45** | **$0.00** |
| **Peter C. Mann**<br>**111 Barrow Street**<br>**New York, NY 10014** | **10/25/2010 -$4,000.00**<br>**1/18/2011 -$4,750.00**<br>**5/16/2011 -$5,500.00**<br>**7/11/2011 -$6,250.00** | **$20,500.00** | **$0.00** |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Walgreen Co. v. Nutrition 21, Inc. et al. 11-03493** | **Breach of contract, plaintiff Walgreen Co, Inc. alleging approximately $1.6 million of damages** | **D. N.D. Ill.** | **Suit filed on May 24, 2011, pending** |
| **N/A** | **US Customs and Border Protection review of duties paid by Iceland Helath, LLC on importation of fish oil from Iceland** | | **Nutrition 21, Inc. made a payment of $150,000 as an offer to settle and is waiting to learn whether this has been accepted.** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Natures Products, Inc., et al. v. Nutrition 21, Inc. et al., Case No. 11005805 03.** | **Nature's Products, Inc. and Iceland Health, Inc. against Nutrition 21, Inc. and Iceland Health, LLC filed March 10, 2011 for $190,627.59** | **Seventh Judicial Circuit in and for Broward County, Flordia** | **Settled for net payment of $54,772.45 on April 12, 2011** |
| **Kerr Drug Inc. v. Nutrition 21, Inc., Index, No. 30099/10** | **Kerr Drug, Inc. against Nutrition 21, Inc. filed December 9, 2010** | **Supreme Court of the State of New York, Westchester County** | **Settled for $9,024.19 on February 17,2011** |
| **San Francisco Technology, Inc. v. Nutrition 21, Inc., Case No. 11-2070-PGG** | **Patent false marking suit** | **United States District Court for the Southern District of New York** | **Matter settled on May 31, 2011 for a payment of $22,500.** |

None ■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Richards Kibbe & Orbe LLP One World Financial Center New York, NY 10281** | **Various dates from 4/21/2011 to 8/26/2011** | **$367,945** |

#### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Nature's Products Inc** | **9/29/2010** | **Branded Products Group of Nutrition 21, Inc - $3.2million** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Nutrition 21, Inc.**<br>**4 Manhattanville Road**<br>**Purchase, NY 10577** | **Blocked operating account- XXXXXX0317**<br>**Blocked operating account- XXXXXX0309** | |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Nutrition 21, LLC** | **95-6454596** | **4 Manhattanville Road Purchase, NY 10577** | **Subsidiary** | |
| **Iceland Health, LLC** | **30-3082140** | **4 Manhattanville Road Purchase, NY 10577** | **Subsidiary** | |
| **Heart's Content, Inc.** | **13-3985396** | **4 Manhattanville Road Purchase, NY 10577** | **Subsidiary** | |

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                  ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Alan Kirschbaum**<br>**4 Manhattanville Road**<br>**Purchase, NY 10577** | **8/1/09- Present** |
| **Alpha Jallow**<br>**4 Manhattanville Road**<br>**Purchase, NY 10577** | **8/1/09-Present** |
| **J.H. Cohn LLP**<br>**4 Becker Farm Road**<br>**Roseland, NJ 07068** | **Last three fiscal years** |

None
☐
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **J.H. Cohn LLP** | **4 Becker Farm Road**<br>**Roseland, NJ 07068** | **Last 3 fiscal years** |

None
☐
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Alan Kirschbaum** | **4 Manhattanville Road**<br>**Purchase, NY 10577** |
| **Alpha Jallow** | **4 Manhattanville Road**<br>**Purchase, NY 10577** |

None
☐
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **See note below.** | **The Debtor files periodic reports with the Securities and Exchange Commission and as such, in the ordinary course, the Debtor may have provided consolidated financial information to banks, customers, suppliers, and other various interested parties. In addition, in connection with their restructuring efforts, the Debtors provided financial statements to potential purchasers prior to the Debtors filing voluntary petitions for relief with the bankruptcy court.** |

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Pharmacem Laboratories Inc**<br>**265 Harrison Avenue**<br>**Attn: David Holmes**<br>**Kearny, NJ 07032** | **Shareholder** | **$23,105,974 - 9.08%** |
| **Midsummer Investment Ltd.**<br>**295 Madison Avenue**<br>**New York, NY 10017** | **Shareholder** | **$22,047837 - 8.66%** |
| **Mike Zeher**<br>**P.O. Box 358**<br>**Croton on Hudson, NY 10520** | **President & Chief Executive Officer, Director** | |
| **Alan J. Kirschbaum**<br>**84 Stonewall Court**<br>**Yorktown Heights, NY 10598** | **Chief Financial Officer, VP of Finance and Treasury** | **45,000 common shares** |
| **Benjamin T. Sporn**<br>**49 Lismore Road**<br>**Lawrence, NY 11559** | **Vice President, General Counsel & Secretary** | |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Warren Cooper**<br>**5 Highway Drive**<br>**Wayne, PA 19087** | **Director** | |
| **John Gutfreund**<br>**500 Park Avenue**<br>**FL6**<br>**New York, NY 10022** | **Chairman** | **At least 100,000 Common Share** |
| **Peter C. Mann**<br>**111 Barrow Street**<br>**New York, NY 10014** | **Director** | **At least 200,000 Common Shares** |

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **George Benson**<br>**College of Charleston**<br>**66 George Street**<br>**Charleston, SC 29424** | **Director** | **November 2010** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mike Zeher**<br>**4 Manhattanville Road**<br>**Purchase, NY 10577**<br>  **Chief Executive Officer** | **Salary- $330,765**<br>**Bonus- $60,000** | **$390,765** |
| **Alan Kirschbaum**<br>**4 Manhattanville Road**<br>**Purchase, NY 10577**<br>  **Chief Financial Officer** | **Salary - $180,000**<br>**Perquisite - $6,000**<br>**Bonus - $30,000** | **$216,000** |
| **Benjamin Sporn**<br>**4 Manhattanville Road**<br>**Purchase, NY 10577**<br>  **Secretary and General Counsel** | **Fees Earned - $156,000**<br>**Bonus - 12,000** | **$168,000** |
| **John Gutfreund**<br>**4 Manhattanville Road**<br>**Purchase, NY 10577**<br>  **Director** | **Fees Earned -$26,062**<br>**Option Awards - $1,100** | **$27,162** |
| **George Benson**<br>**4 Manhattanville Road**<br>**Purchase, NY 10577**<br>  **Former Director** | **Fees Earned - $11,977** | **$11,977** |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Warren Cooper** **4 Manhattanville Road** **Purchase, NY 10577** **Director** | **Fees Earned - $24,379** **Option Awards - $1,100** | **$25,479** |
| **Peter C. Mann** **4 Manhattanville Road** **Purchase, NY 10577** **Director** | **Fees Earned -$20,500** **Option Awards -$1,100** | **$21,600** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **August 26, 2011**                    Signature  **/s/ Alan Kirschbaum**

**Alan Kirschbaum**
**Chief Financial Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of New York

In re  **Nutrition 21, Inc.**

Case No.

_____

Debtor(s)

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 367,945.00 |
| Prior to the filing of this statement I have received | $ | 367,945.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

■ Debtor   ☐ Other (specify):

3.   The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]
**Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **August 26, 2011**

**/s/ Michael Friedman**
**Michael Friedman**
**Richards Kibbe & Orbe LLP**
**One World Financial Center**
**New York, NY 10281**
**212.530.1800   Fax: 212.530.1801**

---

# United States Bankruptcy Court
## Southern District of New York

In re    **Nutrition 21, Inc.**        Case No. _____

                                       Debtor

Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **A WILLIAM BOLLMEIER**<br>**235 STONELEDGE CT**<br>**MARTHASVILLE, MO 63357-2076** | **Common Stock** | **0** | **Common Stock** |
| **ABRAHAM BLUMENKRANZ**<br>**814 CAFFREY AVE**<br>**FAR ROCKAWAY, NY 11691-5215** | **Common Stock** | **3000** | **Common Stock** |
| **ALAN G PERRY**<br>**192 NEW ST**<br>**REHOBOTH, MA 02769-2917** | **Common Stock** | **400** | **Common Stock** |
| **ALAN KIRSCHBAUM**<br>**84 STONEWALL COURT**<br>**YORKTOWN HEIGHTS, NY 10598-1819** | **Common Stock** | **45000** | **Common Stock** |
| **ALAN P KLEIN CUST**<br>**MARA E KLEIN UTMA PA**<br>**2103 LOCUST ST**<br>**PHILADELPHIA, PA 19103-4802** | **Common Stock** | **100** | **Common Stock** |
| **ALBERT MELEO**<br>**27790 MARCO DR**<br>**BONITA SPGS, FL 34135-9001** | **Common Stock** | **300** | **Common Stock** |
| **ALIZA SEPTIMUS**<br>**72 LORD AVE**<br>**LAWRENCE, NY 11559-1339** | **Common Stock** | **3500** | **Common Stock** |
| **AMBROSE D SCOLA &**<br>**VALERIE SCOLA**<br>**JT TEN**<br>**45 BASS AVE**<br>**GLOUCESTER, MA 01930-3142** | **Common Stock** | **50** | **Common Stock** |
| **ANDREW KATZ &**<br>**JANINE KATZ &**<br>**JASON KATZ**<br>**307 S 24TH AVE**<br>**HOLLYWOOD, FL 33020-4905** | **Common Stock** | **1000** | **Common Stock** |

**34** continuation sheets attached to List of Equity Security Holders

In re     **Nutrition 21, Inc.**                                               ,     Case No. _____

                                             Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ANN M BERARDELLI & JOSEPH E BERARDELLI JT TEN 219 TER ST DUNMORE, PA 18512-2925** | **Common Stock** | **20** | **Common Stock** |
| **ANNE MAGEE 1 WRIGHT ROAD YORKTOWN HEIGHTS, NY 10598-6614** | **Common Stock** | **83** | **Common Stock** |
| **ANTHONY BONGO SR 190 HARMON AVE NEW ROCHELLE, NY 10801-3606** | **Common Stock** | **4000** | **Common Stock** |
| **ANTON DRESLIN 1541 W MAIN ST NORRISTOWN, PA 19403-3227** | **Common Stock** | **94** | **Common Stock** |
| **ARLENE L FOX 3423 WALNUT AVE RR 2 BOX 111 ELMA, IA 50628-7506** | **Common Stock** | **300** | **Common Stock** |
| **ARLIN JOHNSON 721 MEADOWVIEW DRIVE NORTHFIELD, MN 55057-2967** | **Common Stock** | **1** | **Common Stock** |
| **ARLIN R JOHNSON 721 MEADOWVIEW DR NORTHFIELD, MN 55057-2967** | **Common Stock** | **20** | **Common Stock** |
| **ARTHUR BLACKLER 1843 E 37TH ST BROOKLYN, NY 11234-4411** | **Common Stock** | **1000** | **Common Stock** |
| **AUSTIN KOVACS TR UA 05/24/96 AUSTIN KOVACS REV TRUST HC 63 BOX 46 LEBANON, NH 03766** | **Common Stock** | **1000** | **Common Stock** |
| **BARBARA BOATMAN 631 NORTHLAND AVE STILLWATER, MN 55082-5209** | **Common Stock** | **100** | **Common Stock** |
| **BASHEVA GOLDBERG 1132 SUSSEX RD TEANECK, NJ 07666-2729** | **Common Stock** | **500** | **Common Stock** |
| **BENJAMIN TREISER 5100 N OCEAN BLVD APT 1616 FT LAUDERDALE, FL 33308-3007** | **Common Stock** | **4000** | **Common Stock** |

Sheet   **1**   of   **34**   continuation sheets attached to the List of Equity Security Holders

In re    **Nutrition 21, Inc.**                      ,    Case No. _____

                              Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BEREL D TENNENBAUM & LINDA TENNENBAUM JTWROS 1491 EAST 23RD ST BROOKLYN, NY 11210-5128** | **Common Stock** | **5200** | **Common Stock** |
| **BERNARD SAKLAD & ANN SAKLAD 15550 FIORENZA CIR DELRAY BEACH, FL 33446-3296** | **Common Stock** | **200** | **Common Stock** |
| **BETTY A WEITZ 11 LONGVIEW LANE CHAPPAQUA, NY 10514-1304** | **Common Stock** | **0** | **Common Stock** |
| **BETTY STRASSFELD 767 MT MORIAH RD APT 25 MEMPHIS, TN 38117-5341** | **Common Stock** | **2000** | **Common Stock** |
| **BILL CARTER 155 ALLERS BLVD ROOSEVELT, NY 11575-2205** | **Common Stock** | **100** | **Common Stock** |
| **BILL KIMBROUGH 5474 JACKWOOD HOUSTON, TX 77096-1236** | **Common Stock** | **100** | **Common Stock** |
| **BONNIE SEPTIMUS ITF CHANA SEPTIMUS UGMA NY 72 LORD AVE LAWRENCE, NY 11559-1339** | **Common Stock** | **3500** | **Common Stock** |
| **BONNIE SEPTIMUS ITF TALIA SEPTIMUS UGMA NY 72 LORD AVE LAWRENCE, NY 11559-1339** | **Common Stock** | **3500** | **Common Stock** |
| **BRENDAN GAUGHRAN 135 SKYFIELD DR GROTON, MA 01450-1813** | **Common Stock** | **200** | **Common Stock** |
| **BRETT SMITHERS PO BOX 933 OJAI, CA 93023** | **Common Stock** | **2350** | **Common Stock** |
| **BRIAN WILKINS 3212 RIDGEMONT CT MODESTO, CA 95355-8448** | **Common Stock** | **1** | **Common Stock** |
| **Bridgepointe Master Fund LTD 1120 Sanctuary Parkway LTD Alpharetta, GA 30004** | **Series J Convertible Preferred Stock** | **1,000** | **Convertible Preferred** |

Sheet   **2**   of   **34**   continuation sheets attached to the List of Equity Security Holders

In re __Nutrition 21, Inc._____,  Case No. _____

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **BRUCE JOHNSON & LYNDIE JOHNSON JT TEN 909 BRYAN DR ENID, OK 73701-6914** | **Common Stock** | **100** | **Common Stock** |
| **C KIEFFER RITTENHOUSE 824 W PADONIA RD COCKEYSVILLE, MD 21030-1734** | **Common Stock** | **0** | **Common Stock** |
| **CARL J NOVAK 34910 PHYLLIS WAYNE, MI 48184-2463** | **Common Stock** | **500** | **Common Stock** |
| **CARL MAYER 5200 W 9TH AVE LAKEWOOD, CO 80214-2514** | **Common Stock** | **100** | **Common Stock** |
| **CAROL A WEISS W5291 CNTY FF MONROE, WI 53566** | **Common Stock** | **1000** | **Common Stock** |
| **CAROL DAVIS CHING BOX 1201 LEHIGH ACRES, FL 33970** | **Common Stock** | **300** | **Common Stock** |
| **CAROL PEARSALL 5628 LAVER STREET LEESBURG, FL 34748-8054** | **Common Stock** | **300** | **Common Stock** |
| **CASSIE TILLMAN-RANDALL 531 UPPER AVENUE NEWBURGH, NY 12550-1645** | **Common Stock** | **250** | **Common Stock** |
| **CATHERINE A MCDERMOTT & THOMAS F MCDERMOTT JT TEN 13 MEATH AVE HUNTINGTON, NY 11743-6237** | **Common Stock** | **200** | **Common Stock** |
| **CEDE & CO (FAST ACCOUNT) proxyannouncements@dtcc.com consentannouncements@dtcc.com** | **Common Stock** | **170304722** | **Common Stock** |
| **CHAIM SEPTIMUS 7 PONIM MEIROT MATERSDORF JERUSALEM  ISRAEL** | **Common Stock** | **170** | **Common Stock** |
| **CHANA SEPTIMUS 72 LORD AVE LAWRENCE, NY 11559-1339** | **Common Stock** | **12700** | **Common Stock** |

Sheet __3__ of __34__ continuation sheets attached to the List of Equity Security Holders

In re __Nutrition 21, Inc._____, Case No. _____

<center>Debtor</center>

# LIST OF EQUITY SECURITY HOLDERS
<center>(Continuation Sheet)</center>

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CHARLENE C MILLS & TODD K MILLS TEN COM 1471 W GRAND HAVEN ROAD ROMEOVILLE, IL 60446-5241 | Common Stock | 50 | Common Stock |
| CHIEF CO BOX 710 PONTIAC, IL 61764-0710 | Common Stock | 1000 | Common Stock |
| CHRIS COUCH 24 MILL RIDGE RD SECAUCUS, NJ 07094-4312 | Common Stock | 100 | Common Stock |
| CHRIS KEOHANE HILIFIELD DORCHESTER ENGLAND DT2 7BA DORSET | Common Stock | 148 | Common Stock |
| CHRISTOPHER ROM 2049 EAST LOMBARD STREET BALTIMORE, MD 21231-1924 | Common Stock | 7500 | Common Stock |
| CLARA Y LEVINE 44 CEDAR DR GREAT NECK, NY 11021-1934 | Common Stock | 700 | Common Stock |
| CLIFFORD L BOS & KAREN E BOS TR OF THE BOS FAMILY TRUST 5278 VISTA DEL MAR CYPRESS, CA 90630-3048 | Common Stock | 195 | Common Stock |
| CLINT BOXWELL 66 MT HOREB RD WARREN, NJ 07059-5531 | Common Stock | 50 | Common Stock |
| CRAIG A LOREN 49 VANECK DR NEW ROCHELLE, NY 10804-1203 | Common Stock | 20000 | Common Stock |
| CROSS ATLANTIC PARTNERS K/S CAP FUND IV 551 MADISON AVE SEVENTH FLOOR NEW YORK, NY 10022-3212 | Common Stock | 858 | Common Stock |
| CROSS ATLANTIC PARTNERS IV K/S C/O CROSS ATLANTIC PARTNERS INC 551 MADISON AVENUE 7TH FLOOR NEW YORK, NY 10022-3212 | Common Stock | 561887 | Common Stock |

Sheet __4__ of __34__ continuation sheets attached to the List of Equity Security Holders

In re     **Nutrition 21, Inc.**             ,     Case No. _____

                                     Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| CROSS ATLANTIC PARTNERS V K/S<br>C/O CROSS ATLANTIC PARTNERS INC<br>551 MADISON AVENUE 7TH FLOOR<br>NEW YORK, NY 10022-3212 | Common Stock | 337014 | Common Stock |
| D E REFSON<br>PO BOX 16020<br>JERUSALEM ISREAL | Common Stock | 33750 | Common Stock |
| DALE N GRIMES<br>5158 20 MILE RD<br>BARRYTON, MI 49305-9744 | Common Stock | 5 | Common Stock |
| DALENE BRAMER<br>4535 MT TAYLOR DR<br>SANTA ROSA, CA 95404-6224 | Common Stock | 600 | Common Stock |
| DALLAS M FAULKNER<br>2059 MIDDLEFIELD AVE<br>STOCKTON, CA 95204-4837 | Common Stock | 40 | Common Stock |
| DANIEL T CASEY<br>37 DANA ST<br>WESTFIELD, MA 01085-2617 | Common Stock | 100 | Common Stock |
| DANIEL T FIRST<br>411 RADCLIFF WAY<br>DOWNINGTOWN, PA 19335-3128 | Common Stock | 300 | Common Stock |
| DARRELL JACK INGRAM<br>1941 APPALOOSA LN<br>PAHRUMP, NV 89060-3705 | Common Stock | 3000 | Common Stock |
| DARRELL R RASK<br>190 NATURE WAY<br>LITTLE CANADA, MN 55117-1726 | Common Stock | 100 | Common Stock |
| DARRELL YOUMANS<br>208 CHOCTAW DR<br>BROWNS MILLS, NJ 08015-6555 | Common Stock | 100 | Common Stock |
| DAVID A BROWNE CUST<br>TYLER BERNARD BROWNE<br>UNDER THE CA UNIF TRAN MIN ACT<br>7289 VALLEY TRAILS DRIVE<br>PLEASANTON, CA 94588-5226 | Common Stock | 14 | Common Stock |
| DAVID A WILLIAMS<br>1560 NE 125TH ST<br>NORTH MIAMI, FL 33161-6036 | Common Stock | 100 | Common Stock |

Sheet   **5**   of   **34**   continuation sheets attached to the List of Equity Security Holders

In re    **Nutrition 21, Inc.**                                 ,      Case No. _____

<div align="center">Debtor</div>

# LIST OF EQUITY SECURITY HOLDERS
<div align="center">(Continuation Sheet)</div>

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DAVID BROWNE CUST TYLER BERNARD BROWNE UNDER THE CA UNIF TRAN MIN ACT 7289 VALLEY TRAILS DR PLEASANTON, CA 94588-5226** | **Common Stock** | **25** | **Common Stock** |
| **DAVID C FOREMAN & ANNETTE D FOREMAN JT TEN 7576 FENNER RD LAINGSBURG, MI 48848-9711** | **Common Stock** | **200** | **Common Stock** |
| **DAVID C IRISH RD 1 BOX 235 TRUMANSBURG, NY 14886** | **Common Stock** | **100** | **Common Stock** |
| **DAVID G SHOLES 14206 WESTBURY CUTOFF RD RED CREEK, NY 13143-3114** | **Common Stock** | **200** | **Common Stock** |
| **DAVID HIGH 434 W BOSANKA DR EAGLE, ID 83616-4956** | **Common Stock** | **1** | **Common Stock** |
| **DAVID J GOLOWENSKI & ELIZABETH O GOLOWENSKI JT TEN 390  GREENBRIAR RD SUNBURY, OH 43074-8395** | **Common Stock** | **175** | **Common Stock** |
| **DAVID J PARENTE 2929 W 190TH ST UNIT 236 REDONDO BEACH, CA 90278-5430** | **Common Stock** | **140** | **Common Stock** |
| **DAVID LOREN 49 VANECK DR NEW ROCHELLE, NY 10804-1203** | **Common Stock** | **17142** | **Common Stock** |
| **DAVID LOREN 49 VANECK DR NEW ROCHELLE, NY 10804-1203** | **Common Stock** | **20000** | **Common Stock** |
| **DAVID MARTIN 5 SUTTON PL S LAWRENCE, NY 11559-1727** | **Common Stock** | **300** | **Common Stock** |
| **DAVID PAGURA 233 WOODLAND AVENUE YONKERS, NY 10703-2320** | **Common Stock** | **2250** | **Common Stock** |
| **DAVID T LAUSER JR 121 W RUTHERFORD DR NEWARK, DE 19713-2026** | **Common Stock** | **100** | **Common Stock** |

Sheet  **6**  of  **34**  continuation sheets attached to the List of Equity Security Holders

In re    **Nutrition 21, Inc.**          ,     Case No. _____

                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DAVID V HIGH**<br>**5034 32ND ST**<br>**GREELEY, CO 80634-8720** | **Common Stock** | **5** | **Common Stock** |
| **DEAN DIMARIA**<br>**5 FARM FIELD RIDGE ROAD**<br>**SANDY HOOK, CT 06482-1080** | **Common Stock** | **66667** | **Common Stock** |
| **DEBBIE HARPER HUMAN &**<br>**DON A HUMAN JT TEN**<br>**496 W 4630 N**<br>**PROVO, UT 84604-5479** | **Common Stock** | **100** | **Common Stock** |
| **DEBRA BASS**<br>**5733 BALSAM GROVE COURT**<br>**ROCKVILLE, MD 20852-5553** | **Common Stock** | **750** | **Common Stock** |
| **DENNIS COSTELLO**<br>**BOX 222**<br>**POCONO PINES, PA 18350-0222** | **Common Stock** | **100** | **Common Stock** |
| **DENNIS J LAMBERT &**<br>**KAREN A PAYNE**<br>**JT TEN**<br>**445 SPADES RD**<br>**SAGLE, ID 83860-9124** | **Common Stock** | **78** | **Common Stock** |
| **DENNIS LAJOIE**<br>**1111 SW 115TH AVE**<br>**PEMBROKE PNES, FL 33025-4318** | **Common Stock** | **1000** | **Common Stock** |
| **DENNIS TYBOR &**<br>**CYNTHIA TYBOR**<br>**JT TEN**<br>**10691 TOWNLINE RD**<br>**DARIEN CENTER, NY 14040-9783** | **Common Stock** | **390** | **Common Stock** |
| **Diamond Opportunity Fund LLC**<br>**500 Skokie Blvd Ste 280**<br>**Northbrook, IL 60062** | **Series J Convertible Preferred Stock** | **500** | **Convertible Preferred** |
| **DIAMOND OPPORTUNITY FUND LLC**<br>**500 SKOKIE BLVD STE 280**<br>**NORTHBROOK, IL 60062** | **Common Stock** | **3688768** | **Common Stock** |
| **DIANE HANSEN**<br>**538 ELY RD N**<br>**PETALUMA, CA 94954-1157** | **Common Stock** | **300** | **Common Stock** |

Sheet  **7**  of  **34**  continuation sheets attached to the List of Equity Security Holders

In re __Nutrition 21, Inc._____, Case No. _____

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DOLPHIN OFFSHORE PARTNERS LP**<br>**C/O DOLPHIN ASSET MANAGEMENT CORP**<br>**129 E 17TH ST**<br>**NEW YORK, NY 10003-3451** | **Common Stock** | **1489464** | **Common Stock** |
| **DON DAVIDSON**<br>**344 WESTWOOD**<br>**WOODMERE  11598-1627** | **Common Stock** | **100** | **Common Stock** |
| **DONALD A KIRINCIC &**<br>**MELISSA J CASTLE-KIRINCIC**<br>**JT TEN**<br>**219 SHOREWOOD DR**<br>**VALPARAISO, IN 46385-7723** | **Common Stock** | **50** | **Common Stock** |
| **DONALD L MAYER**<br>**W22264 11TH STREET**<br>**TREMPEALEAU, WI 54661-9215** | **Common Stock** | **5** | **Common Stock** |
| **DONALD STEELE &**<br>**VERONICA STEELE JT TEN**<br>**17016 MOUNTAIN CREST CT**<br>**RIVERSIDE, CA 92503-7054** | **Common Stock** | **100** | **Common Stock** |
| **DONNIE LEE WYLDES JR &**<br>**HOWARD JR WYLDES SR JT TEN**<br>**BOX 31**<br>**LISBON, IA 52253-0031** | **Common Stock** | **25** | **Common Stock** |
| **DOROTHY M QUAM**<br>**224 KING DANIEL LANE**<br>**GOLETA, CA 93117-1232** | **Common Stock** | **600** | **Common Stock** |
| **DOROTHY M QUAM &**<br>**WILLIAM M QUAM**<br>**JT TEN**<br>**224 KING DANIEL LANE**<br>**GOLETA, CA 93117-1232** | **Common Stock** | **200** | **Common Stock** |
| **DOROTHY ROSEN TR**<br>**7/28/2000**<br>**DOROTHY ROSEN REVOCABLE TRUST**<br>**401 E LINTON BLVD APT 271**<br>**DELRAY BEACH, FL 33483-5083** | **Common Stock** | **4000** | **Common Stock** |
| **DOROTY M QUAM**<br>**224 KING DANIEL LANE**<br>**GOLETA, CA 93117-1232** | **Common Stock** | **200** | **Common Stock** |
| **DOUGLAS E FRASER**<br>**1215 W PALMETTO ST**<br>**FLORENCE, SC 29501-4201** | **Common Stock** | **300** | **Common Stock** |

Sheet __8__ of __34__ continuation sheets attached to the List of Equity Security Holders

In re    **Nutrition 21, Inc.** _____,    Case No. _____

<div align="center">Debtor</div>

<div align="center">

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

</div>

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **DOVID REFSON**<br>**C/O DAVID SELENGUT, ESQ**<br>**NEIMAN GINSBURG & MAIRANZ**<br>**39 BROADWAY**<br>**NEW YORK, NY 10006-3003** | **Common Stock** | **14285** | **Common Stock** |
| **DOWNINGS FORGE INC**<br>**1167 34TH ST S**<br>**ST PETERSBURG, FL 33711-2227** | **Common Stock** | **200** | **Common Stock** |
| **EBBIE CHRISTOPAUL &**<br>**LORRAINE CHRISTOPAUL JT TEN**<br>**603 WOODBERRY CT**<br>**FLETCHER, NC 28732** | **Common Stock** | **250** | **Common Stock** |
| **ED DEETZ**<br>**13998 ROYAL DOORNOCH SQUARE**<br>**SAN DIEGO, CA 92128-3639** | **Common Stock** | **1** | **Common Stock** |
| **ED TUCKER**<br>**5304 AMSTERDAM PL**<br>**RALEIGH, NC 27606-9706** | **Common Stock** | **550** | **Common Stock** |
| **EDMUND CANTU ALVAREZ**<br>**406 ANGELO**<br>**CRP CHRISTI, TX 78411-1809** | **Common Stock** | **300** | **Common Stock** |
| **EDWARD D STEGALL &**<br>**SUZANNE C STEGALL**<br>**TEN COM**<br>**816 CELESTE AVE**<br>**NEW ORLEANS, LA 70123-1450** | **Common Stock** | **100** | **Common Stock** |
| **EDWARD GOLDBERG**<br>**494 WARD ST**<br>**NEWTON, MA 02459-1136** | **Common Stock** | **5000** | **Common Stock** |
| **EDWARD H LOVELL &**<br>**JANICE M LOVELL JT TEN**<br>**1137 BUGLER CT**<br>**MARIETTA, GA 30066-5506** | **Common Stock** | **17000** | **Common Stock** |
| **EDWARD MITCHELL &**<br>**MARY MITCHELL**<br>**JT TEN**<br>**13 ALLEN RD**<br>**BREWSTER, NY 10509-5631** | **Common Stock** | **200** | **Common Stock** |
| **EDWIN J DEETZ**<br>**13998 ROYAL DORNACH SQUARE**<br>**SAN DIEGO, CA 92128-3639** | **Common Stock** | **20** | **Common Stock** |

Sheet  **9**  of  **34**  continuation sheets attached to the List of Equity Security Holders

In re     **Nutrition 21, Inc.**                                           ,     Case No. _____

                                  Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **EDWIN L WEAVER**<br>**RUTH C WEAVER TR**<br>**3800 W WILSON 4**<br>**BANNING, CA 92220-3433** | **Common Stock** | **200** | **Common Stock** |
| **EMERALD DATA PROCESSING**<br>**SVCS RETIREMENT FUND**<br>**ATT JERRY GREENSTEIN**<br>**12 SOPHIA ST**<br>**MONSEY, NY 10952-2012** | **Common Stock** | **2000** | **Common Stock** |
| **EMIL L RADINICK JR**<br>**924 MILL CT**<br>**BRIDGEVILLE, PA 15017-1115** | **Common Stock** | **5** | **Common Stock** |
| **EMORY SEAY**<br>**15 DURHAM ST**<br>**BOSTON, MA 02115-5322** | **Common Stock** | **300** | **Common Stock** |
| **Enable Growth Partners LP**<br>**One Ferry Building Suite 255**<br>**San Francisco, CA 94111** | **Series J**<br>**Convertible**<br>**Preferred Stock** | **1,275** | **Convertible**<br>**Preferred** |
| **Enable Opportunities Partners**<br>**One Ferry Building Suite 255**<br>**San Francisco, CA 94111** | **Series J**<br>**Convertible**<br>**Preferred Stock** | **150** | **Convertible**<br>**Preferred** |
| **ENABLE OPPORTUNITY PARTNERS LP**<br>**ATTN: ADAM EPSTEIN**<br>**ONE FERRY BUILDING, SUITE 255**<br>**SAN FRANCISCO, CA 94111** | **Common Stock** | **520833** | **Common Stock** |
| **ERB'S REAL EST INC**<br>**4886 GILLINGHAM WAY**<br>**DUBLIN, OH 43017** | **Common Stock** | **100** | **Common Stock** |
| **EUGENE FISCHER &**<br>**ETHEL FISCHER**<br>**JT TEN**<br>**6606 GREENSPRING AVE**<br>**BALTIMORE, MD 21209-2514** | **Common Stock** | **200** | **Common Stock** |
| **EUGENE W LUKAS &**<br>**SYLVIA M LUKAS**<br>**JT TEN**<br>**3297 NORFOLK COURT**<br>**SHELBY TOWNSHIP, MI 48316-4834** | **Common Stock** | **200** | **Common Stock** |
| **EVE LOREN**<br>**49 VANECK DR**<br>**NEW ROCHELLE, NY 10804-1203** | **Common Stock** | **20000** | **Common Stock** |

Sheet  **10**  of  **34**  continuation sheets attached to the List of Equity Security Holders

In re    **Nutrition 21, Inc.**                               ,        Case No. _____

<div align="center">Debtor</div>

# LIST OF EQUITY SECURITY HOLDERS
<div align="center">(Continuation Sheet)</div>

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **EVELYN F CONTRO**<br>**355 FOLEY RD**<br>**WINDSOR, NY 13865-1005** | **Common Stock** | **100** | **Common Stock** |
| **FELECIA TAYLOR**<br>**1475 E MCINTOSH RD**<br>**GRIFFIN, GA 30223-1669** | **Common Stock** | **100** | **Common Stock** |
| **FRANCES ZEMLYAK**<br>**100-2 EINSTEIN LOOP N**<br>**BRONX, NY 10475-4947** | **Common Stock** | **100** | **Common Stock** |
| **FRANCIS W HOPKINS &**<br>**GERTRUDE K BURKINDINE**<br>**JT TEN**<br>**9262 ATHOL RD**<br>**MARDELA SPGS, MD 21837-2412** | **Common Stock** | **100** | **Common Stock** |
| **FRANK J PARENTI**<br>**639 WALLER STREET**<br>**SAN FRANCISCO, CA 94117** | **Common Stock** | **500** | **Common Stock** |
| **FRANK LIBBY JR**<br>**46 OLD YANKEE ROAD**<br>**HAVERHILL, MA 01832-1065** | **Common Stock** | **800** | **Common Stock** |
| **FRED ALAMBERT &**<br>**JULIE L LAMBERT JT TEN**<br>**101 PARK PLACE**<br>**WHEELING, WV 26003-5440** | **Common Stock** | **15** | **Common Stock** |
| **FREDERICK J NOLAN JR**<br>**222 CIRCUIT AVE**<br>**WATERBURY, CT 06708-2163** | **Common Stock** | **500** | **Common Stock** |
| **FREDRICK M TUMM**<br>**6356 N DELBERT AVE**<br>**P.O. BOX 9757**<br>**FRESNO, CA 93794-9757** | **Common Stock** | **20** | **Common Stock** |
| **FRUBIE WEINER**<br>**415 N SPALDING**<br>**LOS ANGELES, CA 90036** | **Common Stock** | **400** | **Common Stock** |
| **GAIL KRALJEVIC**<br>**26 FLINTLOCK RIDGE ROAD**<br>**KATONAH, NY 10536-2509** | **Common Stock** | **250** | **Common Stock** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                        Best Case Bankruptcy

In re    **Nutrition 21, Inc.**                                 ,      Case No. _____

<div align="center">Debtor</div>

# LIST OF EQUITY SECURITY HOLDERS
<div align="center">(Continuation Sheet)</div>

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **GARRETT T IWAI & WENDY Y IWAI JT TEN 1943 LUSITANA ST HONOLULU, HI 96813-1535** | **Common Stock** | **100** | **Common Stock** |
| **GARY EISENBERG C/F ELIZABETH EISENBERG UGMA MI 8164 HENDRIE HUNTINGTON WOODS, MI 48070-1649** | **Common Stock** | **400** | **Common Stock** |
| **GEORGE COTSONAS 579 CRAIG RD MANALAPAN, NJ 07726-8755** | **Common Stock** | **8815** | **Common Stock** |
| **GEORGE P BATES III 6417 CROSSWOODS FALLS CHURCH, VA 22044-1215** | **Common Stock** | **500** | **Common Stock** |
| **GEORGE W SCOTT C/F DEBORAH L SCOTT UGMA NY 16 DEERFIELD DR OWEGO, NY 13827-1104** | **Common Stock** | **300** | **Common Stock** |
| **GERALD CRUMBAUGH 5 DEERTRACK RD FOXFIRE VILLAGE, NC 27281-9759** | **Common Stock** | **1** | **Common Stock** |
| **GERALD JOANIS W21676 RED FOX LANE TREMPEALEAU, WI 54661-9280** | **Common Stock** | **1** | **Common Stock** |
| **GERALD L CRUMBAUGH 5 DEERTRACK RD FOXFIRE VILLAGE, NC 27281-9759** | **Common Stock** | **5** | **Common Stock** |
| **GERALD P LIEBRECHT & JENNIFER I LIEBRECHT JT TEN 8355 W PARADISE DR PEORIA, AZ 85345-8132** | **Common Stock** | **200** | **Common Stock** |
| **GERSHON WEINTRAUB 1380 E 27TH ST BROOKLYN, NY 11210-5307** | **Common Stock** | **600** | **Common Stock** |
| **GITTY BIRNBAUM 5002 17TH AVE BROOKLYN, NY 11204-1410** | **Common Stock** | **2000** | **Common Stock** |

Sheet  **12**  of  **34**  continuation sheets attached to the List of Equity Security Holders

In re    **Nutrition 21, Inc.**             ,      Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **GWENDOLYN D JONES**<br>**3856 E CAROL**<br>**ANN WAY**<br>**PHOENIX, AZ 85032-4057** | **Common Stock** | **35** | **Common Stock** |
| **HAROLD S HEFTER**<br>**365 LONGACRE AVE**<br>**WOODMERE, NY 11598-2427** | **Common Stock** | **2500** | **Common Stock** |
| **HEATHER LOREN**<br>**49 VANECK DR**<br>**NEW ROCHELLE, NY 10804-1203** | **Common Stock** | **24285** | **Common Stock** |
| **HEATHER LOREN**<br>**49 VANECK DR**<br>**NEW ROCHELLE, NY 10804-1203** | **Common Stock** | **20000** | **Common Stock** |
| **HELEN FISCHER &**<br>**MIMI BIEGACZ**<br>**JT TEN**<br>**6603 PARK HEIGHTS AVE  Apt A-2**<br>**BALTIMORE, MD 22125** | **Common Stock** | **200** | **Common Stock** |
| **HERB F LAAKE JR**<br>**710 MARK**<br>**DEER PARK, TX 77536-2819** | **Common Stock** | **100** | **Common Stock** |
| **HERBERT D LEVINE**<br>**44 CEDAR DR**<br>**GREAT NECK, NY 11021-1934** | **Common Stock** | **4500** | **Common Stock** |
| **HILLEL WIENER**<br>**183 HARBOR VIEW NORTH**<br>**LAWRENCE, NY 11559-1903** | **Common Stock** | **200** | **Common Stock** |
| **INGRID M ARNO**<br>**253 WEST 73RD STREET APT 16F**<br>**NEW YORK, NY 10023-2763** | **Common Stock** | **200** | **Common Stock** |
| **ISI WIEDERMANN &**<br>**LEAH WIEDERMANN JT TEN**<br>**122-21 METROPOLITAN AVE**<br>**NEW YORK, NY 11415** | **Common Stock** | **1000** | **Common Stock** |
| **Islandia LP**<br>**485 Madison Avenue**<br>**Attention Edgar Berner**<br>**New York, NY 10022** | **Series J**<br>**Convertible**<br>**Preferred Stock** | **2,500** | **Convertible**<br>**Preferred** |
| **JACK LEYDEN**<br>**BOX 324**<br>**HEBRON, ME 04238-0324** | **Common Stock** | **100** | **Common Stock** |

Sheet __13__ of __34__ continuation sheets attached to the List of Equity Security Holders

In re  **Nutrition 21, Inc.**                                                          , Case No. _____

                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **JACK MICHAEL HILDRETH &<br>SHERRY L HILDRETH  JT TEN<br>4801 N CHATHAM DR<br>BLOOMINGTON, IN 47404** | **Common Stock** | **20** | **Common Stock** |
| **JACK RICHARD FELTS JR TR<br>FELTS FAMILY TRUST<br>9126 BEDFORD DR<br>ODESSA, TX 79764-1247** | **Common Stock** | **600** | **Common Stock** |
| **JACK STECKI &<br>MARCIA J STECKI JT TEN<br>2732 TAUNTON ST<br>PHILADELPHIA, PA 19152-1507** | **Common Stock** | **6000** | **Common Stock** |
| **JACK STECKI &<br>MARCIA J STECKI JT TEN<br>2732 TAUNTON ST<br>PHILADELPHIA, PA 19152-1507** | **Common Stock** | **4000** | **Common Stock** |
| **JACQUES ST DENIS<br>2714 CROSSBRANCH CT<br>FORT WAYNE, IN 46825-7141** | **Common Stock** | **5** | **Common Stock** |
| **JAMES DANA STURZ<br>436 WEST 23RD STREET<br>NEW YORK, NY 10011-2159** | **Common Stock** | **750** | **Common Stock** |
| **JAMES KOMOROWSKI<br>83 BUNKER HILL DRIVE<br>TRUMBULL, CT 06611-1459** | **Common Stock** | **23334** | **Common Stock** |
| **JAMES L BLAIR<br>5117 WILD FLOWER WAY<br>FORT WORTH, TX 76123-1949** | **Common Stock** | **100** | **Common Stock** |
| **JAMES M OCONNELL<br>1360 N SANDBURG TER<br>CHICAGO, IL 60610-2075** | **Common Stock** | **200** | **Common Stock** |
| **JAMES R JOHNSON<br>5305 BUCKNER DR<br>FLOWER MOUND, TX 75028-1033** | **Common Stock** | **50** | **Common Stock** |
| **JAMES R RANEY<br>155 MERNER DR<br>WINDSOR, CA 95492-9102** | **Common Stock** | **200** | **Common Stock** |
| **JASON P BREWER &<br>SUSAN D BREWER  JT TEN<br>2901 MANCHESTER STREET<br>WEST LAFAYETTE, IN 47906** | **Common Stock** | **25** | **Common Stock** |

Sheet __14__ of __34__ continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                          Best Case Bankruptcy

In re  **Nutrition 21, Inc.**                                                                    ,  Case No. _____

<center>Debtor</center>

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **JAY SCHOTTENSTEIN CUST**<br>**JONATHAN R SCHOTTENSTEIN**<br>**UNDER THE OH TRAN MIN ACT**<br>**1 MIRANOVA PL**<br>**COLUMBUS, OH 43215-5072** | **Common Stock** | **0** | **Common Stock** |
| **JEAN BYRNES**<br>**404 HENRY ST**<br>**FAIRVIEW, NJ 07022-1913** | **Common Stock** | **200** | **Common Stock** |
| **JEANNE GRISWOLD**<br>**0 WEST HILLTOP PT**<br>**FORT MADISON, IA 52627** | **Common Stock** | **100** | **Common Stock** |
| **JEFF NEUMANN**<br>**311 W 5TH ST UNIT 807**<br>**AUSTIN, TX 78701-2829** | **Common Stock** | **1** | **Common Stock** |
| **JEFFREY J MANNING**<br>**960 KEITH DR**<br>**ROSEVILLE, CA 95661-5374** | **Common Stock** | **21** | **Common Stock** |
| **JENNIFER DIALTO-SCHMIDT**<br>**203 MOSEMAN RD**<br>**YORKTOWN HEIGHTS, NY 10598-4631** | **Common Stock** | **1550** | **Common Stock** |
| **JENNIFER G TABOR**<br>**2210 NEW CUT RD**<br>**JEFFERSONVILLE, KY 40337-9058** | **Common Stock** | **200** | **Common Stock** |
| **JEREMIAH OCONNELL**<br>**314 E 236 ST 2000**<br>**BRONX, NY 10470-2104** | **Common Stock** | **300** | **Common Stock** |
| **JERRY GREENSTEIN**<br>**12 SOPHIA ST**<br>**MONSEY, NY 10952-2012** | **Common Stock** | **1000** | **Common Stock** |
| **JOAN LAKE**<br>**1235 N SUNNYVALE UNIT 30**<br>**MESA, AZ 85205-4345** | **Common Stock** | **400** | **Common Stock** |
| **JOHN ADAM BRUNER**<br>**9660 UPTON RD**<br>**BLOOMINGTON, MN 55431-2455** | **Common Stock** | **30** | **Common Stock** |
| **JOHN C WALKER &**<br>**MARY JANE WALKER**<br>**JT TEN**<br>**5020 BOBCAT COURT**<br>**WOODBRIDGE, VA 22193-3121** | **Common Stock** | **1000** | **Common Stock** |

Sheet __15__ of __34__ continuation sheets attached to the List of Equity Security Holders

In re    **Nutrition 21, Inc.**                                              ,    Case No. _____

                                                      Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **JOHN G HESHIZER SR**<br>**ELIZABETH C HESHIZER JT TEN**<br>**1828 GEORGE CIR**<br>**N HUNTINGDON, PA 15642-4408** | **Common Stock** | **650** | **Common Stock** |
| **JOHN GUTFREUND**<br>**C/O C F UNTERBERG TOWBIN**<br>**350 MADISON AVE 10TH FL**<br>**NEW YORK, NY 10017-3700** | **Common Stock** | **100000** | **Common Stock** |
| **JOHN K THORN &**<br>**LANA S THORN**<br>**JT TEN**<br>**1052 SUGAR MAPLE DR**<br>**DAVIDSONVILLE, MD 21035-2242** | **Common Stock** | **100** | **Common Stock** |
| **JOHN KEELEY**<br>**3410 HILL RD**<br>**Lake Orion, MI 48360** | **Common Stock** | **100** | **Common Stock** |
| **JOHN L CAMERON JR**<br>**1901 ROSS RD**<br>**MARIETTA, GA 30066-6561** | **Common Stock** | **100** | **Common Stock** |
| **JOHN L TULLIS &**<br>**KAREN LEE TULLIS JT TEN**<br>**8505 S COUNTRY CLUB DR**<br>**OKLAHOMA CITY, OK 73159-5815** | **Common Stock** | **300** | **Common Stock** |
| **JOHN LOIKE**<br>**179-20 TUDOR RD**<br>**JAMAICA, NY 11432-1443** | **Common Stock** | **1000** | **Common Stock** |
| **JOHN PETER GUTFREUND JR**<br>**408 E 79TH ST #14C**<br>**NEW YORK, NY 10075** | **Common Stock** | **0** | **Common Stock** |
| **JOHN TOMENSKY**<br>**67 PORRECA DR**<br>**MILLVILLE, NY 08332-4839** | **Common Stock** | **200** | **Common Stock** |
| **JOHN TOMENSKY &**<br>**JOANN TOMENSKY**<br>**JT TEN**<br>**67 PORRECA DR**<br>**MILLVILLE, NJ 08332-4839** | **Common Stock** | **100** | **Common Stock** |
| **JOSEPH JACOBS**<br>**50 COURT STREET RM 1006**<br>**BROOKLYN, NY 11201-4821** | **Common Stock** | **900** | **Common Stock** |

Sheet __16__ of __34__ continuation sheets attached to the List of Equity Security Holders

In re    **Nutrition 21, Inc.**                             ,     Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JOSEPH M CLEMENTS & RECHILDA P CLEMENTS JT TEN TEN/WROS 3017 W PALM VISTA TUCSON, AZ 85705-1035** | **Common Stock** | **2000** | **Common Stock** |
| **JOSEPH T WINLOCK 487 COUNTRY CLUB ESTATES GLASGOW, KY 42141-9041** | **Common Stock** | **5** | **Common Stock** |
| **JOSEPH VIOLINI & MARIE VIOLINI JT TEN 2014 S WEBSTER AVE SCRANTON, PA 18505** | **Common Stock** | **100** | **Common Stock** |
| **JUDITH GEFFEN 49 VANECK DR NEW ROCHELLE, NY 10804-1203** | **Common Stock** | **58300** | **Common Stock** |
| **JUDITH SOBEL 222 MARTLING AVENUE, APT 2-L TARRYTOWN, NY 10591-4753** | **Common Stock** | **333** | **Common Stock** |
| **JULIE L LAMBERT & FREDERICK A LAMBERT 101 PARK PL WHEELING, WV 26003-5440** | **Common Stock** | **100** | **Common Stock** |
| **JUNE D KOTELLY 44 SARAH WAY CONCORD, MA 01742-3725** | **Common Stock** | **150** | **Common Stock** |
| **KAMAL A AL-MUTLAQ PO BOX 4143 RIYADH 11149 SAUDI ARABIA** | **Common Stock** | **3000** | **Common Stock** |
| **KAREN GASS JTTEN 60 Roosevelt Court Westbury, NY 11590** | | | |
| **KAREN KIDDER 500 E 77TH ST APT 1529 NEW YORK, NY 10162-0025** | **Common Stock** | **400** | **Common Stock** |
| **KAREN NOVORR 4127 CROOKED STICK LN CORONA, CA 92883-0617** | **Common Stock** | **2500** | **Common Stock** |
| **KARL E MILLER 417 ERDMAN DR DAUPHIN, PA 17018-9617** | **Common Stock** | **5** | **Common Stock** |

Sheet __17__ of __34__ continuation sheets attached to the List of Equity Security Holders

In re     **Nutrition 21, Inc.**               ,      Case No. _____

                                            Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **KATHRYN NORRIS**<br>**61 HOLIDAY BLVD**<br>**CENTER MORICHES, NY 11934-2809** | **Common Stock** | **215** | **Common Stock** |
| **KEITH GASMAN**<br>**2929 E COMMERCIAL BLVD 702**<br>**FT LAUDERDALE, FL 33308-4223** | **Common Stock** | **200** | **Common Stock** |
| **KENNETH L RIDENOUR**<br>**16278 GRAND AVE**<br>**BELLFLOWER, CA 90706-5084** | **Common Stock** | **300** | **Common Stock** |
| **KENNETH M GASS &**<br>**KAREN GASS JTTEN**<br>**60 ROOSEVELT CT**<br>**WESTBURY, NY 11590-4135** | **Common Stock** | **200** | **Common Stock** |
| **KEVIN H LIVINGSTON**<br>**235 WEST 75TH STREET APT 12D**<br>**NEW YORK, NY 10023-1764** | **Common Stock** | **3945** | **Common Stock** |
| **KEVIN M TURNER**<br>**555 MAINE AVE 328**<br>**LONG BEACH, CA 90802-1173** | **Common Stock** | **70** | **Common Stock** |
| **KIERAN DORAN &**<br>**BERNADETTE DORAN JT TEN**<br>**69 ORIOLE ST**<br>**PEARL RIVER, NY 10965-2713** | **Common Stock** | **300** | **Common Stock** |
| **KRIS A KANAK**<br>**5872 WAGON LANE**<br>**MARSHALL, WI 53559-8939** | **Common Stock** | **5** | **Common Stock** |
| **KRIS JOHNSON**<br>**111 WYNDAM WAY**<br>**WILMINGTON, NC 28411-6710** | **Common Stock** | **100** | **Common Stock** |
| **KRIS KANAK**<br>**5872 WAGON LANE**<br>**MARSHALL, WI 53559-8939** | **Common Stock** | **1** | **Common Stock** |
| **L RAY STANSEL**<br>**4120 NW 21ST TER**<br>**OKLAHOMA CITY, OK 73107-2614** | **Common Stock** | **75** | **Common Stock** |
| **LABEL SHAREMAN**<br>**BOX 596**<br>**BROOKLYN, NY 11230-0596** | **Common Stock** | **265** | **Common Stock** |

Sheet  **18**  of  **34**  continuation sheets attached to the List of Equity Security Holders

In re __Nutrition 21, Inc._____, Case No. _____

                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LALA KOSCHITZKI**<br>**1605 EAST 23 RD**<br>**BROOKLYN, NY 11229-1518** | **Common Stock** | **437** | **Common Stock** |
| **LARRY D BLASE**<br>**RR 3 BOX 28C**<br>**CANTOW, SD 57013** | **Common Stock** | **5** | **Common Stock** |
| **LARRY L STEPHENS**<br>**40 KNOB CIR**<br>**CARROLLTON, GA 30116-8551** | **Common Stock** | **5** | **Common Stock** |
| **LAURIE ZABIN**<br>**WOODVALLEY DR**<br>**BALTIMORE MD**<br>**BALTIMORE, MD** | **Common Stock** | **6750** | **Common Stock** |
| **LEON BEHAR &**<br>**ELISE BEHAR**<br>**JT TEN**<br>**1313 W 6TH ST**<br>**BROOKLYN, NY 11204-4868** | **Common Stock** | **2000** | **Common Stock** |
| **LEONA H BRAASCH TTEE OF THE LEONA H**<br>**BRAASCH TRUST UA DTD 12 2 98**<br>**P.O. BOX 607**<br>**STROMSBURG, NE 68666-0607** | **Common Stock** | **500** | **Common Stock** |
| **LETHA REED &**<br>**BRENDA A REED**<br>**JT TEN**<br>**1021 W WASHINGTON ST**<br>**SOUTH BEND, IN 46601-1434** | **Common Stock** | **135** | **Common Stock** |
| **LINDA DE SEIFE**<br>**42 CAROLINE PLACE**<br>**GREENWICH, CT 06831** | **Common Stock** | **2500** | **Common Stock** |
| **LINDA LESNIEWSKI**<br>**2797 WILLOWDALE RD**<br>**PORTAGE, IN 46368-2861** | **Common Stock** | **500** | **Common Stock** |
| **LINDA M STONE**<br>**5024 LAKE MIRIAM CIRCLE**<br>**LAKELAND, FL 33813-2600** | **Common Stock** | **300** | **Common Stock** |
| **LINDA P SANCHEZ**<br>**12705 W 29TH ST**<br>**BEACH PARK, IL 60099-9781** | **Common Stock** | **100** | **Common Stock** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **Nutrition 21, Inc.** _____,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| LONNY D HORTON CUST<br>FBO JEREMIAH T HORTON<br>UNDER THE WA UNIF TRAN MIN ACT<br>BOX 144<br>CARBONADO, WA 98323-0144 | **Common Stock** | **150** | **Common Stock** |
| LOUISE M NOLAN TR<br>UA 05/01/98<br>LOUISE M NOLAN<br>REV LIVING TRUST   Box 5<br>DUTZOW, MO 63342-0005 | **Common Stock** | **5000** | **Common Stock** |
| LUIS DEEB<br>13340 SW 2ND TERRACE<br>MIAMI, FL 33184-1154 | **Common Stock** | **500** | **Common Stock** |
| LYNN ANN SUNSERI<br>1945 S AVON ESTATES BLVD<br>AVON PARK, FL 33825-7828 | **Common Stock** | **400** | **Common Stock** |
| LYTHCOTT & COMPANY<br>213 WEST 137TH STREET<br>NEW YORK, NY 10030-2406 | **Common Stock** | **14018** | **Common Stock** |
| MALKIE NEUBERG C/F<br>IRA MARK NEUBERG UGMA NY<br>7 MANOR LN<br>LAWRENCE, NY 11559-1503 | **Common Stock** | **100** | **Common Stock** |
| MARIJO E PHILLIPS<br>915 S 17TH AVE<br>YAKIMA, WA 98902-4207 | **Common Stock** | **50** | **Common Stock** |
| MARK A BURKS<br>3004 W 79TH ST<br>INGLEWOOD, CA 90305-1038 | **Common Stock** | **150** | **Common Stock** |
| MARK CONNER<br>BOX 2971<br>SYRACUSE, NY 13220-2971 | **Common Stock** | **1** | **Common Stock** |
| MARK LOREN<br>3845 CARPENTER AVE<br>BRONX, NY 10467-5204 | **Common Stock** | **17629** | **Common Stock** |
| MARK S SEPTIMUS<br>10415 DOCKSIDER DR E<br>JACKSONVILLE, FL 32257-6327 | **Common Stock** | **1** | **Common Stock** |
| MARVA A TRICE<br>419 N CALUMET ST<br>KOKOMO,, IN 46901-4967 | **Common Stock** | **100** | **Common Stock** |

Sheet __20__ of __34__ continuation sheets attached to the List of Equity Security Holders

In re     **Nutrition 21, Inc.**                                              ,     Case No. _____

                                           Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MARY C SMITH**<br>**10117 SHINGLE LANDING RD**<br>**BISHOPVILLE, MD 21813-1435** | **Common Stock** | **10** | **Common Stock** |
| **MARY J EL-BAZ**<br>**738 MONTMARTRE DRIVE**<br>**CREVE COEUR, MO 63141-6162** | **Common Stock** | **25** | **Common Stock** |
| **MARY JO SHERRARD**<br>**19 WOODHAVEN WAY**<br>**SICKLERVILLE, NJ 08081-9243** | **Common Stock** | **200** | **Common Stock** |
| **MARYROSE LOMBARDO**<br>**2007 NARRAGANSETT AVENUE**<br>**BRONX, NY 10461-1716** | **Common Stock** | **1500** | **Common Stock** |
| **MELISSA A STANDRING &**<br>**JOHN J STANDRING JT TEN**<br>**61 CONANT VALLEY RD**<br>**POUND RIDGE, NY 10576-1815** | **Common Stock** | **1000** | **Common Stock** |
| **MELISSA W SASSER**<br>**5060 GRANDIN RIDGE DR**<br>**LIBERTY TWP, OH 45011-8307** | **Common Stock** | **666** | **Common Stock** |
| **MERYL FUTERSAK C/F**<br>**ILANA FUTERSAK UGMA NY**<br>**28 AUERBACH LANE**<br>**LAWRENCE, NY 11559-2517** | **Common Stock** | **100** | **Common Stock** |
| **MERYL FUTERSAK C/F**<br>**MEIR FUTERSAK UGMA NY**<br>**28 AUERBACH LN**<br>**LAWRENCE, NY 11559-2517** | **Common Stock** | **100** | **Common Stock** |
| **MICHAEL A CONNELL**<br>**619 N 10TH AV**<br>**ONALASKA, WI 54650-2375** | **Common Stock** | **5** | **Common Stock** |
| **MICHAEL G RORGE**<br>**5212 S ASH GROVE AV**<br>**SIOUX FALLS, SD 57108-4738** | **Common Stock** | **5** | **Common Stock** |
| **MICHAEL JOHN RILEY &**<br>**JOANNE RILEY JT TEN**<br>**22 FERNDALE ROAD**<br>**TEIGNMOUTH DEVON** | **Common Stock** | **34000** | **Common Stock** |
| **MICHAEL KATZ**<br>**420 LEXINGTON AVE RM 805**<br>**NEW YORK, NY 10170-0899** | **Common Stock** | **1000** | **Common Stock** |

Sheet __21__ of __34__ continuation sheets attached to the List of Equity Security Holders

In re     **Nutrition 21, Inc.**                              ,     Case No. _____

<div align="center">Debtor</div>

# LIST OF EQUITY SECURITY HOLDERS
<div align="center">(Continuation Sheet)</div>

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MICHAEL MARGOLIS**<br>**351 LARKFIELD RD**<br>**E NORTHPORT, NY 11731-2940** | **Common Stock** | **75** | **Common Stock** |
| **MICHAEL W HIGGINS**<br>**345 LOWER PLAIN**<br>**BRADFORD, VT 05033-8919** | **Common Stock** | **50** | **Common Stock** |
| **MICHAEL WARGO**<br>**12317 KIPLING PLACE**<br>**OCEAN SPRINGS, MS 39564-2413** | **Common Stock** | **10** | **Common Stock** |
| **MICHELE GROSSMAN**<br>**201 NORMAN ROAD**<br>**NEW ROCHELLE, NY 10804-3111** | **Common Stock** | **83** | **Common Stock** |
| **MICHELE STYES &**<br>**TROY T STYES**<br>**JT TEN**<br>**4223 MINOR WAY**<br>**CARSON CITY, NV 89706** | **Common Stock** | **5** | **Common Stock** |
| **MIDSUMMER INVESTMENT LTD**<br>**295 MADISON AVENUE 38TH FLOOR**<br>**NEW YORK, NY 10017** | **Common Stock** | **36887670** | **Common Stock** |
| **Midsummer Investment Ltd.**<br>**295 Madison Avenue**<br>**New York, NY 10017** | **Series J**<br>**Convertible**<br>**Preferred Stock** | **5,000** | **Convertible**<br>**Preferred** |
| **MIKE CONNELL**<br>**619 10TH AVE N**<br>**ONALASKA, WI 54650-2375** | **Common Stock** | **1** | **Common Stock** |
| **MORDECHI WEINTRAUB &**<br>**SHEILA WEINTRAUB**<br>**JT TEN**<br>**627 AVE M**<br>**BROOKLYN, NY 11230-5119** | **Common Stock** | **400** | **Common Stock** |
| **MORTON BOHN &**<br>**LISA KAGANOV**<br>**JT TEN**<br>**12700 SW N DAKOTA ST**<br>**TIGARD, OR 97223-0802** | **Common Stock** | **900** | **Common Stock** |
| **MR DOMINICK MATURO**<br>**MRS FREDA MATURO JT TEN**<br>**358 FOREST AVENUE**<br>**PARAMUS, NJ 07652-5502** | **Common Stock** | **1500** | **Common Stock** |

Sheet   __22__   of   __34__   continuation sheets attached to the List of Equity Security Holders

In re     **Nutrition 21, Inc.**                ,     Case No. _____

<center>Debtor</center>

<center>

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

</center>

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MR STEPHEN SYKES**<br>**APARTADO 2189**<br>**QUINTA DO LAGO**<br>**ALMANCIL ALGARVE**<br>**PORTUGAL** | **Common Stock** | **10000** | **Common Stock** |
| **NADINE ORTIZ**<br>**1704 N SUMNER**<br>**SCRANTON, PA 18508-1937** | **Common Stock** | **10** | **Common Stock** |
| **NANCY STURZ AGASI CUST**<br>**ZIV MAX AGASI**<br>**UNDER THE NY UNIF GIFT MIN ACT**<br>**1171 WARBURTON AV**<br>**YONKERS, NY 10701-1002** | **Common Stock** | **250** | **Common Stock** |
| **NEDRA E HALLBERG TTEE**<br>**NEDRA E HALLBERG REV TR**<br>**UA 11/16/92**<br>**2249 EAST 46TH PL**<br>**DAVENPORT, IA 60544-9360** | **Common Stock** | **1000** | **Common Stock** |
| **NICHOLAS VITALO &**<br>**MICHELLE VITALO JT TEN**<br>**61 WRIGHT ST**<br>**ROCKVILLE CENTRE, NY 11570-1238** | **Common Stock** | **750** | **Common Stock** |
| **NORMA LOREN**<br>**49 VANECK DR**<br>**NEW ROCHELLE, NY 10804-1203** | **Common Stock** | **48571** | **Common Stock** |
| Otago Partners LLC<br>787 Seventh Avenue FL 48<br>Attn: Paramount Cpital<br>New York, NY 10019 | **Series J**<br>**Convertible**<br>**Preferred Stock** | **250** | **Convertible**<br>**Preferred** |
| **OTAGO PARTNERS LLC**<br>**ATTN: MICHAEL CHILL - PARAMOUNT**<br>**787 SEVENTH AVENUE-48TH FLOOR**<br>**NEW YORK, NY 10019** | **Common Stock** | **2531319** | **Common Stock** |
| **PAB LANDSCAPING INC**<br>**ATTN ANTHONY BONGO-PRESIDENT**<br>**190 HARMON AVE**<br>**NEW ROCHELLE, NY 10801-3606** | **Common Stock** | **5000** | **Common Stock** |
| **PATRICIA C HEWARD**<br>**151 PROSPECT ST**<br>**MERCHANTVILLE, NJ 08109-2628** | **Common Stock** | **60** | **Common Stock** |

Sheet    **23**    of    **34**    continuation sheets attached to the List of Equity Security Holders

In re    **Nutrition 21, Inc.**                    ,       Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **PATRICIA LEA POTTS**<br>**1 OSCAWANA HEIGHTS ROAD**<br>**PUTNAM VALLEY, NY 10579-2323** | **Common Stock** | **2250** | **Common Stock** |
| **PATRICIA M CARROLL CUST**<br>**CHRISTOPHER B CARROLL JR**<br>**UNDER THE MD UNIF TRAN MIN ACT**<br>**293 MAES COURT**<br>**SYKESVILLE, MD 21784-7129** | **Common Stock** | **100** | **Common Stock** |
| **PATRICIA P ORTLEIB**<br>**1360 ROSECRANS STREET #1**<br>**SAN DIEGO, CA 92106-2639** | **Common Stock** | **4650** | **Common Stock** |
| **PATRICIA WAUGH LANG &**<br>**JOHN H LANG JR JT TEN**<br>**43 GRANT AVE**<br>**MOUNT EPHRAIM, NJ 08059-1500** | **Common Stock** | **0** | **Common Stock** |
| **PAUL D GREATHOUSE**<br>**1140 NORTHPOINTE DR**<br>**FRANKLIN, IN 46131-9828** | **Common Stock** | **25** | **Common Stock** |
| **PAUL MATHISON**<br>**1205 NW 52ND ST**<br>**VANCOUVER, WA 98663-1503** | **Common Stock** | **200** | **Common Stock** |
| **PAUL P STAIANO**<br>**5340 LAS VERDOS CIRCLE**<br>**APT 209**<br>**DELRAY BEACH, FL 33484-9138** | **Common Stock** | **100** | **Common Stock** |
| **PETER RYERSON**<br>**5672 SHERBROOKE ST WEST APT 7**<br>**MONTREAL, BC H4A 1W7** | **Common Stock** | **20** | **Common Stock** |
| **PETER YOUNGS &**<br>**SUSAN YOUNGS**<br>**JT TEN**<br>**3 KING ARTHURS CT**<br>**EAST SETAUKET, NY 11733-1713** | **Common Stock** | **300** | **Common Stock** |
| **Pharmacem Laboratories Inc**<br>**265 Harrison Avenue**<br>**Att David H**<br>**Kearny, NJ 07032** | **Series J Convertible Preferred Stock** | **3,000** | **Convertible Preferred** |
| **PHARMACHEM LABORATORIES INC**<br>**265 HARRISON AVENUE**<br>**ATT: DAVID HOLMES**<br>**KEARNY, NJ 07032** | **Common Stock** | **19156412** | **Common Stock** |

Sheet  **24**  of  **34**  continuation sheets attached to the List of Equity Security Holders

In re     **Nutrition 21, Inc.**                 ,     Case No. _____

<div align="center">Debtor</div>

<div align="center">

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

</div>

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **PIERCE DIVERSIFIED STRATEGY MASTER FUND LLC, ENA**<br>**ATTN: ADAM EPSTEIN**<br>**ONE FERRY BUILDING, SUITE 255**<br>**SAN FRANCISCO, CA 94111** | **Common Stock** | **260417** | **Common Stock** |
| **Pierce Diversified Strategy MF**<br>**Attn: Adam Epstein**<br>**One Ferry Building Suite 255**<br>**San Francisco, CA 94111** | **Series J**<br>**Convertible**<br>**Preferred Stock** | **75** | **Convertible**<br>**Preferred** |
| **RANDALL P FINKELMEYER**<br>**26747 POB 26747**<br>**BENBROOK, TX 76126-0747** | **Common Stock** | **5** | **Common Stock** |
| **RAY C FLEMING**<br>**221 S BROADWAY**<br>**WICHITA, KS 67202** | **Common Stock** | **500** | **Common Stock** |
| **RAYMOND C SISNEROS**<br>**1009 HARRINGTON**<br>**BORGER, TX 79007** | **Common Stock** | **200** | **Common Stock** |
| **RAYMOND GOTTLIEB TRUSTEE FOR**<br>**GOTTLIEB & GOTTLIEB LIMITED**<br>**EMPLOYEE PENSION TRUST**<br>**105 50TH ST**<br>**VIRGINIA BEACH, VA 23451-2418** | **Common Stock** | **1750** | **Common Stock** |
| **RAYMOND K WOMBLE**<br>**38205 AL ST**<br>**DADE CITY, FL 33525-6032** | **Common Stock** | **330** | **Common Stock** |
| **REES R OLIVER JR &**<br>**SOLE & SEPARATE PROPERTY & ESTT**<br>**1250 NE LOOP 410 SUITE 615**<br>**SAN ANTONIO, TX 78209-1524** | **Common Stock** | **20000** | **Common Stock** |
| **RENA ALTSTATER**<br>**C/O WIEDERMAN**<br>**122-21 METROPOLITAN AVE**<br>**KEW GARDENS, NY 11415-2708** | **Common Stock** | **500** | **Common Stock** |
| **RICHARD A HAMMERBERG &**<br>**JANIE M HAMMERBERG**<br>**JT TEN**<br>**21307 SILKTREE CI**<br>**PLAINFIELD, IL 60544-9360** | **Common Stock** | **150** | **Common Stock** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re    **Nutrition 21, Inc.**                                                                    ,    Case No. _____

                                                        Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **RICHARD HORWITZ & BARBARA HORWITZ JT TEN 119-12 PARK LANE S KEW GARDENS, NY 11415-1021** | **Common Stock** | **2000** | **Common Stock** |
| **RICHARD L GINGRICH 6605 166TH ST WEST ROSEMOUNT, MN 55068-1867** | **Common Stock** | **20** | **Common Stock** |
| **RICHARD L OBERPRILLER CHRISTMAS MOUNTAIN VILLAGE R9106 HOLLY CIRCLE DR WISCONSIN DELLS, WI 53965** | **Common Stock** | **5** | **Common Stock** |
| **RICHARD OBERPRILLER E9375 MAGNOLIA CT WISCONSIN DELLS, WI 53965-8235** | **Common Stock** | **1** | **Common Stock** |
| **RICHARD P SCHAEFER & ROSE MARIE SCHAEFER JT TEN 7224 W BELMONT AVENUE APT 1N CHICAGO, IL 60634-4573** | **Common Stock** | **1000** | **Common Stock** |
| **ROBERT B DUNN CUST FBO MATTHEW A DUNN UNDER THE WA UNIF TRAN MIN ACT 3718 S SHARRON KENNEWICK, WA 99337-3845** | **Common Stock** | **500** | **Common Stock** |
| **ROBERT B MAY & SANDRA L MAYJTTEN 1281 SHOPES CHURCH RD HUMMELSTOWN, PA 17036-9600** | **Common Stock** | **360** | **Common Stock** |
| **ROBERT D LEE & BETTY F LEE JT TEN 5350 ELDRIDGE ST ARVADA, CO 80002-1632** | **Common Stock** | **300** | **Common Stock** |
| **ROBERT D SMITH & JOYCE A SMITH JT TEN 15635 INDIANHEAD LANE STRONGSVILLE, OH 44136-5333** | **Common Stock** | **150** | **Common Stock** |
| **ROBERT E MCGUIRE & MARGARET L MCGUIRE JTTEN 4101 W 17TH KENNEWICK,, WA 99338-7302** | **Common Stock** | **150** | **Common Stock** |

Sheet __26__ of __34__ continuation sheets attached to the List of Equity Security Holders

In re __Nutrition 21, Inc._____,    Case No. _____

                                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ROBERT GRECO &<br>GRACE GRECO JT TEN<br>12 HEATH ROAD<br>PEABODY, MA 01960-1051 | Common Stock | 200 | Common Stock |
| ROBERT H CHATHAM<br>125 CHESTNUT ST<br>CAMBRIDGE, MA 02139-4703 | Common Stock | 200 | Common Stock |
| ROBERT H NEWMAN &<br>MARLENE NEWMAN<br>JT TEN<br>1141 CAMPANELLI DR W<br>PLANTATION, FL 33322-4530 | Common Stock | 100 | Common Stock |
| ROBERT J CHASE &<br>LINDA CHASE<br>JT TEN<br>33 PARKER DR<br>MORRIS PLAINS, NJ 07950-2437 | Common Stock | 1100 | Common Stock |
| ROBERT J SOKOLIK<br>283 SYCAMORE DR<br>TORRINGTON, CT 06790-4264 | Common Stock | 100 | Common Stock |
| ROBERT M SZYMANSKI<br>3112 LONGACRE RD<br>EAGLEVILLE, PA 19403-1132 | Common Stock | 600 | Common Stock |
| ROBERT MONTESON<br>2317 GILMORE ST<br>NEW CASTLE, PA 16102-1725 | Common Stock | 125 | Common Stock |
| ROBERT W MCGOVERN &<br>VIRGINIA A MCGOVERN<br>JT TEN<br>1057 WISTERIA DR<br>MINDEN, NV 89423-5101 | Common Stock | 100 | Common Stock |
| ROCCO MONDELLO &<br>MARY MONDELLO<br>JT TEN<br>62 UNDERHILL AVE<br>WEST HARRISON, NY 10604-2445 | Common Stock | 1407 | Common Stock |
| Rockmore Investment MF<br>150 East 58th Street<br>New York, NY 10155 | Series J Convertible Preferred Stock | 1,000 | Convertible Preferred |
| RON RAYBURN<br>5217 LOCK RD<br>CENTERBURG, OH 43011-9438 | Common Stock | 1 | Common Stock |

Sheet __27__ of __34__ continuation sheets attached to the List of Equity Security Holders

In re    **Nutrition 21, Inc.**                     Case No. _____

_____,

Debtor

# LIST OF EQUITY SECURITY HOLDERS

(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **RONALD L RAYBURN**<br>**5217 LOCK RD**<br>**CENTERBURG, OH 43011-9438** | **Common Stock** | **5** | **Common Stock** |
| **RONNA SPORN**<br>**49 LISMORE RD**<br>**LAWRENCE, NY 11559-1338** | **Common Stock** | **100** | **Common Stock** |
| **ROSALEE GOLCZEWSKI**<br>**734 SHERMAN AVENUE**<br>**THORNWOOD, NY 10594-1421** | **Common Stock** | **700** | **Common Stock** |
| **ROSALEE GOLCZEWSKI**<br>**734 SHERMAN AVENUE**<br>**THORNWOOD, NY 10594-1421** | **Common Stock** | **83** | **Common Stock** |
| **ROSANNE ZACCAGNINO**<br>**95 LARRYS LANE**<br>**PLEASANTVILLE, NY 10570-2401** | **Common Stock** | **200** | **Common Stock** |
| **ROY BAILEY &**<br>**DAVID HERNANDEZ JT TEN**<br>**1243 1/2 S PLYMOUTH BLVD**<br>**LOS ANGELES, CA 90019-6884** | **Common Stock** | **100** | **Common Stock** |
| **ROY LEGRICE**<br>**650 MAIN ST**<br>**DANVILLE, NH 03819-3134** | **Common Stock** | **600** | **Common Stock** |
| **RUDOLPH T MEOLA**<br>**9845 GRAPHITE MT RD**<br>**HAGUE, NY 12836-2036** | **Common Stock** | **1000** | **Common Stock** |
| **RUSS KENDRICK**<br>**8403 BRIARWOOD LANE**<br>**AUSTIN, TX 78757-6928** | **Common Stock** | **60** | **Common Stock** |
| **S WADE RATHKE**<br>**3810 BURGANDY STREET**<br>**NEW ORLEANS, LA 70117-5708** | **Common Stock** | **25** | **Common Stock** |
| **SAMUEL BOLAND**<br>**1189 E 12TH ST**<br>**BROOKLYN, NY 11230-4811** | **Common Stock** | **7000** | **Common Stock** |
| **SANDRA S SHULER**<br>**12016 N GRAY RD**<br>**CARMEL, IN 46033-9634** | **Common Stock** | **50** | **Common Stock** |

Sheet  **28**  of  **34**  continuation sheets attached to the List of Equity Security Holders

In re    **Nutrition 21, Inc.**                               ,     Case No. _____

<div align="center">Debtor</div>

# LIST OF EQUITY SECURITY HOLDERS
<div align="center">(Continuation Sheet)</div>

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SANDY HOFFMAN**<br>**35 SUNSET DR**<br>**MILLVILLE, NJ 08332-2452** | **Common Stock** | **68** | **Common Stock** |
| **SCOTT R BULLOCK**<br>**12505 S.E. 15TH ST**<br>**VANCOUVER, WA 98684** | **Common Stock** | **20** | **Common Stock** |
| **Shea Ventures LLC**<br>**Attn:Kevin Dunlop**<br>**655 Brea Canyon RD**<br>**Walnut, CA 91789** | **Series J Convertible Preferred Stock** | **1,000** | **Convertible Preferred** |
| **SHEA VENTURES LLC**<br>**ATTN KEVIN DUNLOP**<br>**655 BREA CANYON RD**<br>**WALNUT, CA 91789-3078** | **Common Stock** | **10730646** | **Common Stock** |
| **SHIRLA D KEWIN**<br>**19581 HENRY**<br>**MELVINDALE, MI 48122-1626** | **Common Stock** | **15** | **Common Stock** |
| **SHIRLEY A FAYOCAVITZ**<br>**1702 N SUMNER**<br>**SCRANTON, PA 18508-1937** | **Common Stock** | **10** | **Common Stock** |
| **SHMUEL SEPTIMUS**<br>**72 LORD AVE**<br>**LAWRENCE, NY 11559-1339** | **Common Stock** | **3500** | **Common Stock** |
| **SIDNEY TEICHMAN C/F**<br>**DOV TEICHMAN UGMA CA**<br>**231 S. HIGHLAND AVE.**<br>**LOS ANGELES, CA 90036** | **Common Stock** | **50** | **Common Stock** |
| **SNEHAL J PRASAD &**<br>**SHOBHA S PRASAD**<br>**JT TEN**<br>**9 NOVACOURT**<br>**SEWELL, NJ 08080-2202** | **Common Stock** | **100** | **Common Stock** |
| **SOLOMON DEUTSCH**<br>**929 46TH ST**<br>**BROOKLYN, NY 11219-2332** | **Common Stock** | **1000** | **Common Stock** |
| **SOLOMON NEIMAN**<br>**1616 49TH STREET**<br>**BROOKLYN, NY 11204-1133** | **Common Stock** | **300** | **Common Stock** |
| **SONIA A ADVANI**<br>**3036 SUN VALLEY CT**<br>**APPLETON, WI 54911-1159** | **Common Stock** | **500** | **Common Stock** |

Sheet  **29**  of  **34**  continuation sheets attached to the List of Equity Security Holders

In re    **Nutrition 21, Inc.**                     ,      Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **STACEY SPIZMAN GERSTBERGER**<br>**150 N MERAMEC AVE STE 340**<br>**SAINT LOUIS, MO 63105-3779** | **Common Stock** | **1000** | **Common Stock** |
| **STANTON B ELIAS &**<br>**DONNA S SHEWACH JT TEN**<br>**2201 MELROSE**<br>**ANN ARBOR, MI 48104-4069** | **Common Stock** | **2000** | **Common Stock** |
| **STEPHEN BARSE**<br>**1701 CURANT CT**<br>**WILLIAMSTOWN, NJ 08094-3386** | **Common Stock** | **200** | **Common Stock** |
| **STEVE PRETZ**<br>**9028 BONTURA RD**<br>**GRANBURY, TX 76049-4334** | **Common Stock** | **1** | **Common Stock** |
| **STEVE SEBASTIAN**<br>**5501 SEAFARER CT**<br>**RALEIGH, NC 27613-7910** | **Common Stock** | **1150** | **Common Stock** |
| **STEVE SMILEY**<br>**159 GIFFIN RD**<br>**LOS ALTOS, CA 94022-3903** | **Common Stock** | **35** | **Common Stock** |
| **STEVEN J ISENSEE &**<br>**CHERYL L ISENSEE**<br>**JT TEN**<br>**RTE 2 BOX 66**<br>**SPARTA, WI 54656** | **Common Stock** | **100** | **Common Stock** |
| **STEVEN R PRETZ**<br>**9028 BONTURA RD**<br>**GRANBURY, TX 76049-4334** | **Common Stock** | **5** | **Common Stock** |
| **STEVEN SUNDELL**<br>**98 G IN CLUB ROAD**<br>**NORTHPORT, NY 11768-3366** | **Common Stock** | **12500** | **Common Stock** |
| **STEVEN TOLSMA**<br>**18802 ERVIN LANE**<br>**SANTA ANA, CA 92705-2826** | **Common Stock** | **100** | **Common Stock** |
| **STUART B LEVY CUST**<br>**SUZANNE L LEVY**<br>**144 WARREN AVE**<br>**BOSTON, MA 02116-5914** | **Common Stock** | **500** | **Common Stock** |
| **SUNNY SANDLER**<br>**700 ARDMORE AVE  #425**<br>**ARDMORE, PA 19003-1108** | **Common Stock** | **130** | **Common Stock** |

Sheet  **30**  of  **34**  continuation sheets attached to the List of Equity Security Holders

In re   **Nutrition 21, Inc.**_____,   Case No. _____

                                          **Debtor**

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SUSAN COMBS & ROY FULMER JT TEN BOX 126 CHIMACUM, WA 98325-0126** | **Common Stock** | **10** | **Common Stock** |
| **T PLEAS STRICKLAND & CAROL T STRICKLAND JT TEN 3845 KIMMER ROWE DR TALLAHASSEE, FL 32309-6709** | **Common Stock** | **400** | **Common Stock** |
| **TAGNANI ENTERPRISES ATTN SYLVANO TAGNANI 6 BACKFIELD CIRCLE SUGARLOAF, NY 18249-1034** | **Common Stock** | **2000** | **Common Stock** |
| **TANIA DESILVA 332 HILLSIDE AVE STATEN ISLAND, NY 10304-1813** | **Common Stock** | **1000** | **Common Stock** |
| **TERRY EHIOROBO 3816 SHERRIE LANE RACINE, WI 53405-4857** | **Common Stock** | **250** | **Common Stock** |
| **THOMAS CUCCURULLO & IRENE CUCCURULLO JT TEN 5722 AVE O BROOKLYN, NY 11234-4031** | **Common Stock** | **2600** | **Common Stock** |
| **THOMAS G O'DEA 9049 CHARLEE ST LAKE WORTH, FL 33467-3638** | **Common Stock** | **200** | **Common Stock** |
| **THOMAS RODEN 2128 NW 141ST AV ANDOVER, MN 55304-3376** | **Common Stock** | **25** | **Common Stock** |
| **THOMAS W SWEGLE 407 NW 28TH ST ANKENY, IA 50021-9660** | **Common Stock** | **50** | **Common Stock** |
| **TILLMAN SHAW 615 LOUISE AVE HEATH, OH 43056-1229** | **Common Stock** | **1000** | **Common Stock** |
| **TIM LEACH 10271 CARTER HILLS DENHAM SPRINGS, LA 70726** | **Common Stock** | **0** | **Common Stock** |

Sheet __31__ of __34__ continuation sheets attached to the List of Equity Security Holders

In re **Nutrition 21, Inc.** , Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| TIMMY A KLEINSMITH & LEE A KLEINSMITH JT TEN RD 2 BOX 25 J KEMPTON, PA 19529-9802 | Common Stock | 100 | Common Stock |
| TOM CHARN CHUN YEE 1770 W 9TH ST BROOKLYN, NY 11223-1239 | Common Stock | 1000 | Common Stock |
| TORAH HIGH SCHOOL OF TEXAS 7120 SPRING VALLEY ROAD DALLAS, TX | Common Stock | 5000 | Common Stock |
| TROY ENNICO 210 E 87TH ST 4B NEW YORK, NY 10128-3141 | Common Stock | 500 | Common Stock |
| U H COVEY INC ATT JULIE GILBERT BOX 418 DAKOTA CITY, NE 68731-0418 | Common Stock | 100 | Common Stock |
| UBS O'Connor LLC One North Wacker Drive FL32 Attn: Robery Murray Chicago, IL 60606 | Series J Convertible Preferred Stock | 2,000 | Convertible Preferred |
| UBS O'CONNOR LLC FBO O'CONNOR GLOBAL MULTI-STRATEGY ALPHA MASTER LIMITED ONE NORTH WACKER DRIVE 32ND FLOOR CHIGACO, IL 60606 | Common Stock | 6944444 | Common Stock |
| UWE KLADDE 10455 ALBERTSWORTH LN LOS ALTOS, CA 94024-6450 | Common Stock | 1000 | Common Stock |
| V EDWARD LEWIS 3815 PALLOS VERDAS DALLAS, TX 75229-2743 | Common Stock | 1000 | Common Stock |
| VALOR HOLDINGS INC C/O MIKE BLOCK 214 WEST 29TH STREET NEW YORK, NY 10001-5203 | Common Stock | 93750 | Common Stock |
| VENEZIA ZAKHEIM 1256 E 26TH ST BROOKLYN, NY 11210-4619 | Common Stock | 2700 | Common Stock |

Sheet __32__ of __34__ continuation sheets attached to the List of Equity Security Holders

In re      **Nutrition 21, Inc.**                   ,      Case No. _____

<center>Debtor</center>

# LIST OF EQUITY SECURITY HOLDERS

<center>(Continuation Sheet)</center>

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| VICKI SUE SPERANO<br>1347 BRENT MILL CT<br>MT PLEASANT, SC 29466-7998 | Common Stock | 500 | Common Stock |
| VIJAYA JUTURU<br>102 HUNTERS RUN<br>DOBBS FERRY, NY 10522-3404 | Common Stock | 1666 | Common Stock |
| VINCENT U MCLEOD<br>1336 LAKE COLE ROAD<br>MIDWAY PARK, NC 28544-1129 | Common Stock | 100 | Common Stock |
| VINCENT U MCLEOD<br>1336 LAKE COLE RD<br>JACKSONVILLE, NC 28544-1129 | Common Stock | 100 | Common Stock |
| VIVIAN CHILL<br>600 THIRD AVE<br>NEW YORK, NY 10016-1901 | Common Stock | 900 | Common Stock |
| WAYNE N GILBERT<br>1240 E 26TH ST<br>DES MOINES, IA 50317-2631 | Common Stock | 200 | Common Stock |
| WHITE PLAINS NURSING HOME<br>3845 CARPENTAR AVE<br>BRONX, NY 10467-5204 | Common Stock | 99000 | Common Stock |
| WILLARD L REESE JR<br>7556 S POPLAR POINT DR<br>TRAFALGAR, IN 46181-8806 | Common Stock | 5 | Common Stock |
| WILLIAM A WASCAK<br>3 BILTON RD<br>WHITE PLAINS, NY 10607-2301 | Common Stock | 508 | Common Stock |
| WILLIAM COUCH<br>CMR 427 BOX 1294<br>APO, AE 09630-0013 | Common Stock | 20 | Common Stock |
| WILLIAM H COUCH &<br>LINDA G COUCH<br>JT TEN<br>148 LEWIS CIRCLE<br>JONESBOROUGH, TV 37659-5444 | Common Stock | 30 | Common Stock |
| WILLIAM H GREEN III<br>5 GRISTMILL CT<br>MEDFORD, NJ 08055-8352 | Common Stock | 200 | Common Stock |

Sheet  **33**  of  **34**  continuation sheets attached to the List of Equity Security Holders

In re    **Nutrition 21, Inc.**                                              ,     Case No. _____

                                       Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **WILLIAM LEVI**<br>**42 MAJESTIC RIDGE**<br>**CARMEL, NY 10512-1832** | **Common Stock** | **20000** | **Common Stock** |
| **WILLIAM MURRELL &**<br>**NANCY R MURRELL**<br>**JT TEN**<br>**1525 ZAPOTEC DR**<br>**SOUTH LAKE TAHOE, CA 60634-4573** | **Common Stock** | **100** | **Common Stock** |
| **WILLIAM RAY WYLLYS**<br>**APT 2203**<br>**12407 4TH AVE W**<br>**EVERETT, WA 98204** | **Common Stock** | **20** | **Common Stock** |
| **WILLIAM S RICHEY**<br>**202 KIPPSFORD POND RD**<br>**COLUMBIA, TN 38401-5700** | **Common Stock** | **750** | **Common Stock** |
| **YESHIVA IMREI JOSEPH D'SPINKA**<br>**1462 56TH ST**<br>**BROOKLYN, NY 11219-4617** | **Common Stock** | **33333** | **Common Stock** |
| **YOASH GOHIL &**<br>**SHEELA GOHIL**<br>**JT TEN**<br>**11 SAMANTHA CT**<br>**SEWELL, CA 08080-3151** | **Common Stock** | **1000** | **Common Stock** |
| **ZVI SEPTIMUS**<br>**72 LORD AVE**<br>**LAWRENCE, NY 11559-1339** | **Common Stock** | **3500** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **August 26, 2011**                            Signature  **/s/ Alan Kirschbaum**
                                                       **Alan Kirschbaum**
                                                       **Chief Financial Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                           Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re   **Nutrition 21, Inc.**

_____

Debtor(s)

Case No. _____

Chapter   **11**   _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 26, 2011**
_____

**/s/ Alan Kirschbaum**
_____

**Alan Kirschbaum**/**Chief Financial Officer**
Signer/Title

ALAN J. KIRSCHBAUM
84 STONEWALL COURT
YORKTOWN HEIGHTS, NY 10598


ALPHA JALLOW
14 S. MEADOW DRIVE
DANBURY, CT 06811


AT&T
PO BOX 5019
CAROL STREAM, IL 60197-5019


BDO CAPITAL ADVISORS, LLC
100 PARK AVENUE-10TH FLOOR
NEW YORK, NY 10017


BENJAMIN SPORN
49 LISMORE ROAD
LAWRENCE, NY 11559


CASSIE TILLMAN-RANDALL
531 UPPER AVENUE
NEWBURGH, NY 12550


DAVID PAGURA
233 WOODLAND AVENUE
YONKERS, NY 10703


GAIL KRALJEVIC
76 MT. HOLLY RD
KATONAH, NY 10536


GRACE PROCUREMENTS, LLC
2401 MELLON CT., STE. C
DECATUR, GA 30035


GWEN KENT
13 S. JUNE TERRACE
LAKE FOREST, IL 60045


HP CARE PACK SERVICES
C/O CDW
P.O. BOX 75723
CHICAGO, IL 60675

IKON OFFICE SOLUTIONS, INC.
3920 ARKWRIGHT ROAD
MACON, GA 31210


JAMES KOMOROWSKI
83 BUNKER HILL DRIVE
TRUMBULL, CT 06611


JOANNE GOLDSTEIN
8 LEISURE FARM DRIVE
ARMONK, NY 10504


KATE WALLOUR
754 BRONX RIVER ROAD
APT B23
BRONXVILLE, NY 10708


MARKETING MAVEN PR
2390 C LAS POSAS ROAD, #479
CAMARILLO, CA 93010


MCLEOD DISCOVERIES, LLC
210 VILLAGE GATE DRIVE
CHAPEL HILL, NC 27514


MICHAEL A. ZEHER
PO BOX 358
CROTON ON HUDSON, NY 10520


MIKE ZEHER
P.O BOX 358
CROTON ON HUDSON, NY 10520


NATURE'S PRODUCTS, INC
1301 SAWGRASS CORPORATE
PARKWAY
FORT LAUDERDALE, FL 33323


NUTRITION 21, LLC
4 MANHATTANVILLE ROAD
PURCHASE, NY 10577


OCC PURCHASE, LLC
4 MANHATTANVILLE ROAD
PURCHASE, NY 10577

```
PROBIOFERM, LLC
10215 DENNIS DRIVE
URBANDALE, IA 50322


PROBIOHEALTH, LLC
9595 WILSHIRE BLVD, SUITE 810
BEVERLY HILLS, CA 90212


PROVITA DEVELOPMENT APS
KORSKILDEENG 4
DK-2670 GREVE
DENMARK


RIDGE SYSTEMS, LLC
865 GRANT AVENUE
MAYWOOD, NJ 07607


STEVEN SUNDELL
12 WINTER RIDGE ROAD
NEWTOWN, CT 06470


ULTIMATE FORMULATIONS INC
DBA BEST FORMULATIONS


US CUSTOMS AND BORDERS PROTECT
6550 TELECOME DRIVE
INDIANAPOLIS, IN 46278


US GOVERNMENT
5601 SUNNYSIDE AVENUE, 4-1159
BELTSVILLE, MD 20705


USEFUL PRODUCTS, INC.
429 WEST JASPER
PO BOX 377
GOODLAND, IN 47948


VERIZON
PO BOX 15124
ALBANY, NY 12212


VERIZON WIRELESS
PO BOX 408
NEWARK, NJ 07101-0408
```

VERTELLUS HEALTH & SPECIALTY
201 N. ILLINOIS ST, STE 1800
INDIANAPOLIS, IN 46204


WALGREEN CO. INC.
200 WILMONT ROAD
DEERFIELD, IL 60015


WELLS FARGO FINANCIAL LEASING
800 WALNUT STREET
NEW YORK, NY 10017

# United States Bankruptcy Court
## Southern District of New York

In re __Nutrition 21, Inc.__                                    Case No. _____

                                    Debtor(s)     Chapter      __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Nutrition 21, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__August 26, 2011__                        /s/ Michael Friedman

Date                                       Michael Friedman

                                           Signature of Attorney or Litigant
                                           Counsel for   __Nutrition 21, Inc.__
                                           Richards Kibbe & Orbe LLP
                                           One World Financial Center
                                           New York, NY 10281
                                           212.530.1800 Fax:212.530.1801